# EXHIBIT 26



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )    ss
                     )
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached excerpts.

David Rene, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me this 3rd day of March, 20 18.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York        Washington, D.C.    Chicago           Houston           San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500
London          Paris               Stockholm         Frankfurt         Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143



## Liquidity Situation

**6 June 2017**

# Popular

[…]

# 1.1 – Movement of Deposits (1/3)

- First quarter 2017: -792 m
- Second quarter 2017: -16, 153 m (of which -5,742 m during the first two days of June)



| Monthly variations | January -1,026 M | February -1,542 M | March +1,776 M | April -5,350 M | May -5,255 M | June (up to 05/06) -5,742 M |

**06/04:** DBRS downgrades to BBB-
**07/04:** S&P downgrades to B



[…]

## 4 - Financial and commercial measures (2/2)

**Financial Measures**

| Financial Measures Taken: | Millions of Euros |
|---|---|
| 1. Assignment of Ineligible Bonds (ABS) | 328 |
| 2. Assignment / Sale of Tariff Deficit | 275 |
| 3. Assignment of Corporate Loans | 572 |
| 4. ABS Leasing: pledging Bank of Spain | 750 |
| 5. Popular Financial Services | 150 |
| 6. Sale of Hybrid Debt Portfolio | 160 |
| 7. Sale of Merlin | 144 |
| 8. Sale of NPLs | 50 |
| **TOTAL** | **2.279** |



# Situación Liquidez

**6 de junio de 2017**

# Popular



# 1.1 –Depósitos - Evolución (1/3)

○ **Los depósitos acumulan caídas de 17.133 M en lo que va de año (hasta el 05/06)**

- **1T17: -792 M**
- **2T17: -16.153 M,** destacando al salida de **-5.742 M en los dos primeros día de junio**

**Variaciones Mensuales**

1. **Enero** - 1.026 M
2. **Febrero** - 1.542 M
3. **Marzo** + 1.776 M
4. **Abril** - 5.350 M
5. **Mayo** - 5.255 M

**Junio** (hasta 05/06) - 5.742 M

6. **06/04:** DBRS rebaja hasta BBB-
**07/04:** S&P rebaja hasta B

# 4- Medidas financieras y comerciales (2/2)

**Medidas Financieras**

| Medida Activadas: | Millones € |
|---|---|
| 1. Cesión Bonos no Elegibles (ABS) | 328 |
| 2. Cesión / Venta Déficit de Tarifa | 275 |
| 3. Cesión de Préstamos Corporativos | 572 |
| 4. ABS Leasing: pignoración BdE | 750 |
| 5. Popular Servicios Financieros | 150 |
| 6. Venta Cartera Deuda Híbrida | 160 |
| 7. Venta Merlín | 144 |
| 8. Venta NPLs | 50 |
| **TOTAL** | **2.279** |

Popular

18