**EXHIBIT 27**



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )   ss
                     )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached excerpt.

_Dustin Paul Richard_, Managing Editor
Geotext Translations, Inc.

Affirmed and subscribed before me this 4th day of March, 2018.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York            Washington, D.C.      Chicago              Houston              San Francisco
t: +1.212.631.7432  t: +1.202.828.1267    t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London              Paris                 Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47  t: +46.8.463.11.87   t: +49.69.7593.8434  t: +852.2159.9143

[…]

**FOUR.- Authorization for the Board of Directors, pursuant to the terms of articles 297.1.b), 311 and 506 of the Capital Corporations Law, to increase share capital within a maximum period of three years, as one or several operations, and to a maximum of 50% of the share capital, with the power to exclude the preemptive subscription right up to 20% of share capital and redraft the final article of the Corporate Bylaws.**

The Board of Directors is authorized, pursuant to the terms of articles 297.1.b) and 506 of the Capital Corporations Law, as provided under article 311.1 thereof, to make one or several share capital increases up to a certain amount at the time and in the amount it deems proper, pursuant to the following conditions.

**1. Term.** The share capital increase hereunder may be carried out as one or several operations within a maximum period of three years from the date when this agreement is adopted.

**2. Maximum amount.** The maximum amount of the increase or increases made under this authorization shall not exceed one-half of share capital and must be made through monetary contributions.

This power may only be exercised such that that the Board of Directors, adding the amount of increase or increases of share capital made by virtue of this authorization and those made to address the conversion of convertible bonds and other securities that can be assimilated thereto issued under the authorizations granted by this General Meeting, does not exceed the limit referenced above.

**3. Scope.** The authorization to increase share capital shall be extended, as broadly as the Law may require, to the setting and determination of conditions inherent to each of the increases that may be made by virtue of this agreement and to making all necessary transactions and to obtaining all authorizations required by current laws.

The duty of the Board of Directors includes but is not limited to determining, for each share capital increase, the amount and date of execution, the number of shares to issue, whether it will be carried out by increasing the face value of existing shares or by issuing new ordinary, privileged, callable shares,

with or without a premium, with or without a vote, pursuant to the classes and types admitted by law and statutes.

Also, the Board of Directors is authorized, pursuant to the terms of article 506 of the Capital Corporations Law, to exclude, in full or in part, the right of preemptive subscription, although this power shall be limited to share increases made under this delegation and made to address the conversion of convertible bonds and all other securities that can be assimilated to these issued under authorizations granted by this General Meeting to a maximum of 20% of the Bank's share capital upon the adoption of this agreement by the Shareholders Meeting.

**4. Incomplete increase.** Report, pursuant to the terms of article 311.1 of the Capital Corporations Law, the incomplete subscription of the capital increase, which shall only be increased in the amount of subscriptions made, communicating as necessary, pursuant to the terms of article 507 of the Capital Corporations Law, this circumstance to the National Securities Market Commission [*Comisión Nacional del Mercado de Valores*].

**5. Modification of Corporate Bylaws.** Given this authorization, the Board of Directors shall be authorized to redraft the article of the corporate bylaws related to share capital, once the increase has been agreed upon and executed.

**6. Admission to negotiation.** Request the admission to negotiation of the new shares that may be issued by virtue of this agreement on the Stock Exchanges of Madrid, Barcelona, Bilbao, and Valencia, through the Stock Exchange Interconnection System [*Sistema de Interconexión Bursátil*], and in all other Stock Exchanges where the share is negotiated.

Also, the Board of Directors is authorized with the powers of proxy in the Delegate Commission or in the persons that it deems proper, in terms that are as broad and sufficient as may be required by Law, to request and obtain the official admission of the new shares that may be issued by virtue of this agreement to be traded on the Stock Exchanges where the share is traded at the time of each share capital increase, through the Stock Exchange Interconnection System or the system that corresponds to each case, generating, submitting and delivering all documents and carrying out all acts that may be necessary or convenient for that effect.

It is expressly provided that, in the event that the exclusion of the Bank's shares from trading is later requested, it shall be adopted with the formalities that may apply and, in that situation, the interest of shareholders who oppose or do not vote on the agreement shall be guaranteed, complying with the requirements established by the Capital Corporations Law and related provisions, all of which is pursuant to the terms of the Stock Exchange Law and its regulations.

**7. Proxy of powers.** The Board of Directors is authorized to confer to the Delegate Commission, pursuant to the terms of article 249.2 of the Capital Corporations Law, the powers delegated to it in this agreement.

**8. Invalidation of the prior delegation.** Upon the adoption of this agreement, agreement Five—adopted by the Ordinary Shareholders Meeting held on April 11, 2016—in the part not utilized, shall be invalidated.

*Vote:*

*Votes in favor: 1,768,919,438, representing 93.36% of the capital present and represented with voting rights, (nay votes: 117,343,017; abstentions: 8,463,232).*

[…]

**Popular**

**ACUERDOS ADOPTADOS POR LA JUNTA GENERAL ORDINARIA DE ACCIONISTAS DE BANCO POPULAR ESPAÑOL, S.A. CELEBRADA EN MADRID EL 10 DE ABRIL DE 2017, EN SEGUNDA CONVOCATORIA.**



**CUARTO**.- **Autorización al Consejo de Administración, conforme a lo dispuesto en los artículos 297.1.b), 311 y 506 de la Ley de Sociedades de Capital, para que pueda aumentar el capital social dentro del plazo máximo de tres años, en una o varias veces y hasta un máximo del 50% del capital social, con la facultad de excluir el derecho de suscripción preferente hasta un límite del 20% del capital social y dar nueva redacción al artículo final de los Estatutos Sociales.**

Autorizar al Consejo de Administración para que, conforme a lo que establecen los artículos 297.1.b) y 506 de la Ley de Sociedades de Capital, con la previsión de lo dispuesto en el artículo 311.1 de la citada norma, pueda acordar en una o varias veces el aumento del capital social hasta una cifra determinada en la oportunidad y en la cuantía que decida, de conformidad con las siguientes condiciones:

**1. Plazo.** La ampliación del capital social objeto podrá efectuarse en una o en varias veces dentro del plazo máximo de tres años a contar desde la fecha de adopción de este acuerdo.

**2. Importe máximo.** El importe máximo total de la ampliación o ampliaciones que se acuerden al amparo de esta autorización no serán superiores a la mitad del capital social y deberán realizarse mediante aportaciones dinerarias.

Esta facultad solo podrá ser ejercitada en la medida en que el Consejo de Administración, sumando el importe del aumento o aumentos de capital realizados en virtud de esta autorización y los que hubiera efectuado para atender la conversión de obligaciones convertibles y demás valores asimilables a estos emitidos al amparo de autorizaciones concedidas por la presente Junta General, no exceda el límite referido anteriormente.

**3. Alcance.** La autorización para aumentar el capital social se extenderá, tan ampliamente como en Derecho pueda requerirse, a la fijación y determinación de las condiciones inherentes a cada una de las ampliaciones que se puedan efectuar en virtud de este acuerdo y a la realización de cuantos trámites resulten necesarios y a la obtención de cuantas autorizaciones requieran las disposiciones legales vigentes.

A título meramente enunciativo, no limitativo, corresponderá al Consejo de Administración determinar, para cada aumento del capital social, el importe y la fecha de ejecución, el número de acciones a emitir, si se realizará por elevación del valor nominal de las acciones existentes o mediante la emisión de nuevas acciones ordinarias, privilegiadas, rescatables,

con o sin prima, con o sin voto, conforme a las clases y tipos admitidos legal y estatutariamente.

Asimismo, se faculta al Consejo de Administración para que, de conformidad con lo previsto en el artículo 506 de la Ley de Sociedades de Capital, pueda excluir, total o parcialmente, el derecho de suscripción preferente, si bien esta facultad quedará limitada a ampliaciones de capital que se realicen al amparo de la presente delegación y las que hubiera que efectuar para atender la conversión de obligaciones convertibles y demás valores asimilables a estos emitidos al amparo de autorizaciones concedidas por la presente Junta General hasta un máximo del 20% del capital social del Banco a contar desde la adopción de este acuerdo por la Junta de Accionistas.

**4. Aumento incompleto.** Declarar, de conformidad con lo previsto en el artículo 311.1 de la Ley de Sociedades de Capital, la suscripción incompleta del aumento del capital, que quedará aumentado sólo en la cuantía de las suscripciones efectuadas, comunicando en los supuestos en los que sea necesario, conforme a lo establecido en el artículo 507 de la Ley de Sociedades de Capital, dicha circunstancia a la Comisión Nacional del Mercado de Valores.

**5. Modificación de los Estatutos Sociales.** Por el hecho de la autorización el Consejo de Administración queda facultado para dar nueva redacción al artículo de los estatutos sociales relativo al capital social, una vez acordado y ejecutado el aumento.

**6. Admisión a negociación.** Solicitar la admisión a negociación de las nuevas acciones que se puedan emitir en virtud de este acuerdo en las Bolsas de Valores de Madrid, Barcelona, Bilbao y Valencia, a través del Sistema de Interconexión Bursátil, así como en las restantes Bolsas de Valores en las que se negocie la acción.

Asimismo, autorizar al Consejo de Administración, con facultades de sustitución en la Comisión Delegada o en las personas que la misma estime conveniente, en términos tan amplios y bastantes como en Derecho puedan requerirse, para solicitar y obtener la admisión a cotización oficial de las nuevas acciones que se puedan emitir en virtud de este acuerdo en las Bolsas de Valores en las que cotice la acción en el momento de ejercitarse cada aumento de capital, a través del Sistema de Interconexión Bursátil o el sistema que corresponda en cada caso, elaborando, presentando y otorgando cuantos documentos y realizando cuantos actos sean necesarios o convenientes a tal efecto.

Se hace constar expresamente que, en caso de que se solicitase posteriormente la exclusión de la cotización de las acciones del Banco, ésta se adoptará con las formalidades que resulten de aplicación y, en tal supuesto, se garantizará el interés de los accionistas que se opongan o no voten el acuerdo, cumpliendo los requisitos establecidos en la Ley de Sociedades de Capital y disposiciones concordantes, todo ello de acuerdo con lo dispuesto en la Ley del Mercado de Valores y disposiciones que la desarrollen.

**7. Sustitución de facultades.** Se autoriza al Consejo de Administración para que sustituya a favor de la Comisión Delegada, al amparo de lo establecido en el artículo 249.2 de la Ley de Sociedades de Capital, las facultades delegadas a su favor en este acuerdo.

**8. Dejar sin efecto la anterior delegación.** Dejar sin efecto a partir de la adopción de este acuerdo en la parte no utilizada el acuerdo Quinto adoptado por la Junta General Ordinaria de accionistas celebrada el 11 de abril de 2016.

***Votación:***

***Votos a favor: 1.768.919.438 votos, representativos del 93,36% del capital presente y representado con derecho a voto, (votos negativos: 117.343.017; abstenciones: 8.463.232).***

[redacted]