# EXHIBIT 28



translations@geotext.com
www.geotext.com

STATE OF NEW YORK   )
                    )
                    )   ss
COUNTY OF NEW YORK  )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached article titled "Chilean group Luksic buys 3% of Popular for 90 million euros," dated May 5, 2017.

_____
Lynda Green, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this __2__ day of __March__, 20 __18__.

_____

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York          Washington, D.C.    Chicago            Houston            San Francisco
t: +1.212.631.7432 t: +1.202.828.1267 t: +1.312.242.3756 t: +1.713.353.3909 t: +1.415.576.9500
London            Paris               Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434 t: +852.2159.9143

# ECONOMY

# Chilean group Luksic buys 3% of Popular for 90 million euros

The holding company has become one of the bank's major shareholders, in the midst of a stock market storm over its value

**ÍÑIGO DE BARRÓN**

**Madrid** - MAY 5, 2017 - 17:54 Central European Summer Time



Ignacio Sánchez-Asiaín, CEO of Popular **CARLOS ROSILLO**

In the midst of the stock market storm over Popular, a new Latin American investor has appeared that believes the shares of the bank will be revaluated. The Chilean Luksic family has announced the acquisition of 3.014% of the capital, equivalent to 126.5 million shares with a market value of close to 90 million euros, at current prices.

After the news came out, shares of the bank closed today at 0.75 euros, an increase of 8.56%. The listing started the day heading downward (falling by as much as 4%) after the first quarter results, showing losses of 137 million were released. The Luksic group controls 51.2% of Banco de Chile, which has a market value of 11.8 billion dollars (10.743 billion euros). It is also involved in transportation, industry, energy, and food groups and owns the Antofagasta mining company.

With this transaction, the Luksic family has become one of Popular's major shareholders, just behind the Shareholders Syndicate, which holds 9.8%; the Mexican Del Valle family, with 4.1%; the BlackRock Fund and the French industrial banking shareholder Crédit Mutuel, which hold 4% each; and Allianz, with 3.5%.

MORE INFORMATION

Popular has lost 137 million as of March in its real estate business.

Small shareholders accuse Saracho and Del Valle of sinking Popular on the Stock Market

## No alliance with other shareholders?

According to sources close to the Luksic group, its entry into the bank as a shareholder does not form a part of any alliance with other shareholders of the entity. In principle, it is understood to be just one more of the group's financial interests. Nonetheless, other market sources believe that the Luksic group might have held talks with the Mexican Del Valle group. These shareholders invested 450 million in Popular's most recent expansion and have lost approximately 70% of the money. They were behind the replacement of the former CEO, Francisco

Gómez, and of ex-president Ángel Ron. They sought to merge Popular with another entity in order to create more value for their investment, an objective that, so far, they have not achieved.

Nonetheless, the new president, Emilio Saracho, is forming the new board of directors, which means that Luksic's arrival might play a significant role in the future. The Chilean group has been making its purchases in successive market sessions at least since January, according to the records of the National Securities Market Commission (CNMV). During this time, Popular has undergone intense attacks on its listing by shareholders known as "shorts" betting on price decreases given the announced capital increase

The Luksic Group is an investor group controlled by this Chilean family of Croatian origin. According to reports, this family is worth 4.2 billion dollars and is one of the 200 wealthiest in the world.

**ARCHIVED IN:**

Emilio Saracho · Banco Popular · Banks · Latin America · Financial markets · South America

· Companies · America · Economy · Banking · Finance

**SPONSORED CONTENT**

# ECONOMÍA

# El grupo chileno Luksic compra el 3% del Popular con una inversión de 90 millones

El holding se convierte en uno de los grandes accionistas del banco, en plena tormenta bursátil sobre el valor

ÍÑIGO DE BARRÓN

Madrid - 5 MAY 2017 - 17:54 CEST



Ignacio Sánchez-Asiaín, consejero delegado de Popular CARLOS ROSILLO

En mitad de la tormenta bursátil sobre el Popular, ha aparecido un nuevo inversor latinoamericano que cree que las acciones del banco se van a revalorizar. La familia chilena Luksic ha anunciado la adquisición del 3,014% del capital, equivalente a 126,5 millones de acciones, que tiene un valor de mercado cercano a los 90 millones de euros, según los precios actuales.

Tras conocerse la noticia, la acción del banco ha cerrado hoy a 0,75 euros, con una subida del 8,56%. La cotización comenzó la jornada a la baja (llegó a caer un 4%) tras presentar los resultados del primer trimestre de este año, que han supuesto pérdidas de 137 millones. El grupo Luksic participa en otro banco: controla el 51,2% del Banco de Chile, que tiene un valor de mercado de 11.800 millones de dólares (10.743 millones de euros). También participa en grupos de transporte, industria, energía, alimentación y son dueños de la minera Antofagasta.

Con esta operación, la familia Luksic se convierte en uno de los grandes accionistas de la entidad, por detrás de la Sindicatura de Accionistas, que tiene un 9,8%; la familia mexicana Del Valle, con el 4,1%, el fondo BlackRock y el socio industrial bancario francés Crédit Mutuel, que tienen un 4% cada uno, y Allianz, con un 3,5%.

**MÁS INFORMACIÓN**

El Popular pierde 137 millones hasta marzo por el negocio inmobiliario

Pequeños accionistas acusan a Saracho y Del Valle de hundir al Popular en Bolsa

### ¿Sin alianza con otros socios?

Según fuentes cercanas al grupo Luksic, su entrada en el capital del banco no forma parte de ninguna alianza con otros socios de la entidad. En principio, se entiende que es una participación financiera más del grupo. Sin embargo, otras fuentes del mercado creen que es posible que el grupo Luksic haya mantenido conversaciones con el grupo mexicano Del Valle. Estos accionistas invirtieron 450 millones en la última ampliación del Popular y han perdido alrededor del 70% del dinero. Fueron los promotores del relevo del anterior consejero delegado, Francisco

Gómez, y del expresidente Ángel Ron. Su apuesta era fusionar el Popular con otra entidad para crear más valor a su inversión, objetivo que, por el momento, no han conseguido.

No obstante, el nuevo presidente, Emilio Saracho, está configurando el nuevo consejo de administración por lo que la llegada de Luksic podría desempeñar un papel relevante en el futuro. El grupo chileno ha comprado en sucesivas jornadas en el mercado al menos desde enero, según consta en los registros de la CNMV. Durante este tiempo, el Popular ha sufrido fuertes ataques a la cotización por parte de los accionistas denominados "cortos", que son los que apuestan por bajadas de precio ante la anunciada ampliación de capital

El Grupo Luksic es un grupo inversor controlado por esta familia chilena, de origen croata. Según la revista esta familia es una de las 200 mayores fortunas en el mundo, con 4.200 millones de dólares.

**ARCHIVADO EN:**

Emilio Saracho · Banco Popular · Bancos · Latinoamérica · Mercados financieros · Sudamérica · Empresas · América · Economía · Banca · Finanzas

**CONTENIDO PATROCINADO**