# EXHIBIT 30



translations@geotext.com
www.geotext.com

STATE OF NEW YORK      )
                       )
                       )   ss
                       )
COUNTY OF NEW YORK     )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached letter addressed to Emilio Saracho, dated June 5, 2017.

Ken Hetzel, Director of Operations
Geotext Translations, Inc.

Sworn to and subscribed before me this 16th day of January, 20 18.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York          Washington, D.C.      Chicago           Houston            San Francisco
t: +1.212.631.7432  t: +1.202.828.1267   t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London            Paris                 Stockholm         Frankfurt          Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143



Emilio Saracho
Banco Popular Español
José Ortega Y Gaset, 29
28006 Madrid

June 5, 2017

CONFIDENTIAL - DB letter regarding capital increase

Dear Emilio:

After many committee meetings and reviews this weekend, we have sent a letter to Miguel Escrig in which we expressed Deutsche Bank's interest in securing 50% of a possible €4 billion capital increase. Obviously there are certain conditions, but the letter is based on our belief that, if concurrent circumstances occur, which we think is realistic, it would be possible to carry out an increase to stabilize the bank.


[redacted]

Deutsche Bank, Sociedad Anonima Española, registered address: Paseo de la Castellana, [illegible], Madrid, entered in the Madrid Commercial Register, volume [illegible], book [illegible], folio sheet [illegible], section 8, Page M506294, entry 2, Tax ID Number : [illegible]



Emilio Saracho
Banco Popular Español
José Ortega Y Gaset, 29
28006 Madrid

5 Jun 2017

CONFIDENCIAL - Carta DB sobre ampliación de capital

Querido Emilio:

Tras muchos comités y revisiones este fin de semana, hemos enviado a Miguel Escrig una carta en la que expresamos el interés de Deutsche Bank en asegurar el 50% de una posible ampliación de capital de € 4 bn. Obviamente hay ciertas condiciones, pero la carta se basa en nuestra creencia de que concurriendo circunstancias que pensamos pueden darse de una forma realista, se podría hacer una ampliación que estabilizara el banco.



Deutsche Bank, Sociedad Anónima Española, domicilio social: Paseo de la Castellana, 18, 28046, Madrid, inscrito en el Registro Mercantil de Madrid, tomo 28100, libro 0, folio 1, sección 8, hoja M506294, inscripción 2, CIF: A28000614