# EXHIBIT 45

Figure 1: Banco Popular Share Prices and volumes (15 May 2017/1806 June 2017)



Notes:   The data points are intra-day with 30-minute intervals. This is the smallest interval which was available, which dates back to the events we consider relevant to the share price movements.

Source:   Compass Lexecon, based on Bloomberg data