# Exhibits Continued