# EXHIBIT 13



translations@geotext.com
www.geotext.com

STATE OF NEW YORK  )
                   )
                   )  ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached article entitled "Santander's profits increase by 10%, spurred on by Brazil."

Ken Hetzel, Director of Operations
Geotext Translations, Inc.

Sworn to and subscribed before me this 10th day of January, 2018.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143

[…]

# Santander's profits increase by 10%, spurred on by Brazil

[…]

# Banco Popular loses 122 million and finalizes the sale of its bank in Florida

R.L. Madrid

In the four short months since Banco Popular went on Santander's books it has lost 122 million, after its buyer had applied 300 million as a restructuring cost. Without this impact it would have earned 178 million. Banco Popular's accounts in arrears have decreased from 20% to 11% after its construction and real estate business was parked in a vehicle controlled by Blackstone. Loans have fallen by 3% in the last quarter. According to Santander they are now stable, "even growing a little." Deposits have been recovered in the amount of 10 billion, half of what they were. "The return of corporate and institutional deposits is always quicker, but the recovery of retail customers, especially small-to-medium enterprises (SMEs), is looking good and we are pleased," noted José Antonio Álvarez. 60% of the amount of Santander's compensation bond has already been covered, which bond was offered to Banco Popular customers who lost their money in the capital increase of 2016.

Santander stated yesterday that "in the upcoming weeks" it will begin to negotiate with the unions regarding adjustments to central services. This will affect both Banco Popular and Santander España (Spain).

Santander also stated that the sale of TotalBank, the bank that Banco Popular had in Florida, is imminent. According to Reuters, the transaction with the Chilean business group BCI is just about to close for an amount of around USD 400 million (EUR 342 million). This is the same buyer that was negotiating with Banco Popular before it was integrated into Santander. These would be the first large gains from Banco Popular since the intervention.

### Álvarez is asking Europe for a formula to "buy time" when a bank is in resolution

When asked about the resolution, Álvarez said that it is "necessary" to find a formula that will make it possible to "buy time" when a bank is not viable.

[…]

Distribuido para arantxa.rubio@edelman.com * Este artículo no puede distribuirse sin el consentimiento expreso del dueño de los derechos de autor.

Viernes 27 octubre 2017 **Expansión** 17

# FINANZAS & MERCADOS

## El beneficio de Santander aumenta un 10%, espoleado por Brasil

**GANA 5.077 MILLONES DE ENERO A SEPTIEMBRE/** La entidad ha aplicado un cargo de 300 millones de euros contra su filial Popular como coste de integración, que se repetirá en 2018 y en 2019.

**R. Lander.** Madrid

Santander presentó ayer un beneficio de 5.077 millones de euros, ligeramente inferior a los 5.470 millones que esperaba el consenso del mercado. El banco cargó contra el tercer trimestre unos extraordinarios con los que no contaban los analistas: 85 millones por reestructuración e integración de negocios en Alemania, 130 millones para sanear participadas e intangibles y 300 millones como coste de integración de Popular. En total, 515 millones.

Todos los márgenes del grupo presentan aumentos de doble dígito. Por ratios destaca la eficiencia, mejor cuanto más baja, que cae al 46,7%.

Los números son mejores de lo esperado en varios de los principales mercados. Uno de ellos, Brasil, el mayor contribuidor en beneficios: 26%. Esta filial ha ganado de enero a septiembre 1.902 millones de euros, un 33,6% más, y ya tiene cuatro millones de clientes vinculados. José Antonio Álvarez, consejero delegado de Santander, explicó que están ganando cuota de mercado en varios segmentos, sobre todo en tarjetas. "El entorno está mejorando tras dos años de recesión", apuntó. Además, el tipo de cambio del real juega a favor este trimestre. Todo lo contrario que en Reino Unido, donde la libra y la falta de extraordinarios han deslucido el resultado, que baja un 0,4%.

### España

Santander España, sin contar Popular (ver información adjunta), ha ganado un 60,8% más, hasta 914 millones. La comparativa le favorece, ya que el año pasado el banco cargó gastos por reestructuración de plantilla. La base de clientes de la Cuenta 1,2,3 ha crecido un 36%, en particulares y un 12% en pymes.

El margen de intereses cae un 4,7%, pero la subida del 13,2% de las comisiones permite un crecimiento ligero de los ingresos totales.

La base de depósitos, descontando Popular, aumenta un 8% en términos interanuales, aunque el crédito cae un 3%. El banco lo achaca a la floja demanda corporativa.



José Antonio Álvarez, consejero delegado de Santander.

**El crédito no se ha reactivado en España y cae un 3% por la falta de demanda empresarial**

**El banco califica de "no material" el movimiento de depósitos derivado de la crisis catalana**

### CUENTA DE RESULTADOS
En millones de euros

| | Ene.-sep. 2017 | Variación (%) |
|---|---|---|
| Margen de intereses | 25.689 | 11,7 |
| Comisiones netas | 8.648 | 14,7 |
| Resultado de operaciones financieras | 1.282 | -2,2 |
| Margen bruto | 36.330 | 11,6 |
| Gastos | 16.957 | 8,5 |
| Margen neto | 19.373 | 14,4 |
| Dotaciones por insolvencias | 6.930 | -2,6 |
| Beneficio bruto | 10.175 | 20,4 |
| Impuestos | 3.497 | 33 |
| Beneficio atribuido | 5.077 | 10,2 |

*Ratios, en % y variación, en puntos básicos*

| | | |
|---|---|---|
| ROE | 7,54 | 0,49 |
| Eficiencia | 46,70 | -1,30 |
| Morosidad | 4,24 | 0,09 |
| Ratio de capital CET1 (*) | 10,80 | 0,33 |

(*) Fully loaded.   Fuente: Santander

**Tendencia al alza**
Santander, en euros
[gráfico: 27 sep 2017 — 26 oct 2017]
Fuente: Bloomberg   Expansión

## Popular pierde 122 millones y ultima la venta de su banco en Florida

**R.L.** Madrid

En los cuatro meses escasos que Popular computa en las cuentas de Santander ha perdido 122 millones, después de que su comprador haya aplicado 300 millones como coste de reestructuración. Sin ese impacto habría ganado 178 millones. La morosidad de Popular ha bajado del 20% al 11% tras aparcar el ladrillo en un vehículo controlado por Blackstone. Los créditos han caído un 3% en el último trimestre. Según Santander, ahora están estables, "incluso creciendo un poco". Se han recuperado 10.000 millones de depósitos, la mitad de los que se fueron. "La vuelta de los depósitos corporativos e institucionales siempre es más rápida, pero la recuperación de los clientes *retail*, sobre todo las pymes, está siendo buena y estamos contentos", apuntó José Antonio Álvarez. Ya se ha cubierto el 60% del importe del bono de compensación que Santander ofreció a los clientes de Popular que perdieron su dinero en la ampliación de capital de 2016.

Santander señaló ayer que "en las próximas semanas" empezará a negociar con los sindicatos el ajuste en los servicios centrales. Afectará tanto a Popular como a Santander España.

También apuntó que la venta de TotalBank, el banco que Popular tiene en Florida, es inminente. Según *Reuters*, la operación está a punto de cerrarse con el grupo chileno BCI por unos 400 millones de dólares (342 millones de euros). Se trata del mismo comprador con el que estuvo negociando con Popular cuando aún no estaba integrado en Santander. Serían las primeras grandes plusvalías de Popular desde la intervención.

Preguntado por la resolución, Álvarez apuntó que es "necesario" encontrar una fórmula que permita "comprar tiempo" cuando un banco es inviable. Santander pudo hacerlo porque habíamos hecho una *due diligence* días 20 días atrás. Si no, habría sido imposible".

**Álvarez pide a Europa una fórmula para "comprar tiempo" ante un banco en resolución**

Cataluña supone el 13% del negocio español. Álvarez señaló ayer que han detectado "cierto nerviosismo" y "mayor afluencia de clientes a las sucursales". Sin embargo, calificó como "no material" el movimiento de depósitos por este motivo.

El banco no anunció novedades respecto al dividendo, pero la mejora de la ratio de capital CET 1, que ya está al 10,80%, hace pensar que la vuelta al pago 100% en efectivo podría ser en 2019. La Bolsa celebró los resultados con una subida del 3,21%. Los analistas destacaron el buen comportamiento del negocio bancario de Popular, restados los costes de integración.

*La llave / Página 2*

### RESULTADOS

## Santander reafirma su posición de fortaleza

**ANÁLISIS** por Salvador Arancibia

"Santander es un banco fuerte y los demás son más débiles", dijo el consejero delegado de la entidad, José Antonio Álvarez, en la presentación de resultados del grupo cuando fue preguntado sobre la salud de los bancos medianos que siguen operando en España. Su contestación se refirió al conjunto del sector. No fue el único gesto de suficiencia que se permitió el número dos del banco, porque también hizo suyas las palabras de los supervisores europeos que dijeron que habían tenido suerte de que hubiera un comprador (Santander) dispuesto a adquirir Popular, aunque hubiera sido por un euro y a cambio hicieran una ampliación de capital por valor de 7.000 millones de euros para recomponer la solvencia del grupo. Álvarez recordó que otras entidades habían estudiado el banco, pero que ninguno presentó una oferta.

Lo cierto es que el grupo tiene motivos para mostrar satisfacción por los resultados obtenidos a lo largo de los tres trimestres de este año porque, en nueve de los diez países principales en los que operan, sus ritmos de crecimiento han sido positivos destacando sobre todo Brasil donde lo han hecho a un ritmo del 33%. "Si seguimos a este ritmo es posible que en un futuro cercano el banco gane en Brasil tanto como todo BBVA", afirmaba un alto cargo de la entidad tras la presentación de resultados.

La adquisición de Popular, que aportaría ya una cifra significativa de resultados a la actividad en España, el 25%, si no tuvieran que destinarse fondos al proceso de reestructuración, no es sólo un buen negocio por la actividad de Pymes, sino también porque va a servir para afianzar la posición de liderazgo en el negocio español y mantener el equilibrio de la diversificación entre países maduros y emergentes.