# EXHIBIT 7

## Deposit market share of banks in New York MSA*^

| 2013 rank | Institution (top-level ticker) | Branches | 2013 deposits ($B) | Market share (%) | 2012-2013 deposit growth (%) |
|---|---|---|---|---|---|
| 1 | JPMorgan Chase & Co. (JPM) | 967 | 121.0 | 19.48 | 11.03 |
| 2 | Citigroup Inc. (C) | 293 | 66.9 | 10.78 | 7.31 |
| 3 | Toronto-Dominion Bank (TD) | 399 | 45.6 | 7.34 | 9.51 |
| 4 | Bank of America Corp. (BAC) | 468 | 42.5 | 6.84 | 8.81 |
| 5 | Capital One Financial Corp. (COF) | 331 | 34.7 | 5.59 | 6.36 |
| 6 | Wells Fargo & Co. (WFC) | 327 | 31.4 | 5.06 | 5.59 |
| 7 | HSBC Holdings Plc (HSBA) | 166 | 26.3 | 4.24 | -1.08 |
| 8 | M&T Bank Corp. (MTB) | 176 | 25.1 | 4.05 | -5.78 |
| 9 | Banco Santander SA (SAN) | 198 | 15.5 | 2.50 | 6.28 |
| 10 | New York Community Bancorp Inc. (NYCB) | 204 | 14.1 | 2.27 | 8.52 |
|  | MSA total | 5,965 | 620.9 |  | 5.47 |

Data as of April 3, 2014.
Deposit data based on FDIC's Summary of Deposits as of June 30, 2013.
* For this analysis, the market share comparison caps branch deposits at $1 billion to minimize the effect of consolidated deposits at non-retail and headquarter branches.
^ Represents the New York-Newark-Jersey City, NY-NJ-PA, metropolitan statistical area.
MSA = metropolitan statistical area
Branches and deposits are adjusted for completed mergers and acquisitions, as well as openings and closings, since June 30, 2013.
Analysis is at holding company level and excludes credit unions.
Source: SNL Financial

∴ SNL