# EXHIBIT 54



translations@geotext.com
www.geotext.com

STATE OF NEW YORK      )
                       )
                       )  ss
                       )
COUNTY OF NEW YORK     )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached article entitled "Santander did not set the price for the [Banco] Popular, someone could have indicated it [to Santander]," dated December 28, 2017.

Ken Hetzel, Director of Operations
Geotext Translations, Inc.

Sworn to and subscribed before me this 16th day of January, 2018.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York t: +1.212.631.7432
Washington, D.C. t: +1.202.828.1267
Chicago t: +1.312.242.3756
Houston t: +1.713.353.3909
San Francisco t: +1.415.576.9500
London t: +44.20.7553.4100
Paris t: +33.1.42.68.51.47
Stockholm t: +46.8.463.11.87
Frankfurt t: +49.69.7593.8434
Hong Kong t: +852.2159.9143

Case 1:18-mc-00085-ER   Document 16-54   Filed 03/06/18   Page 3 of 11

Santander did not set the price for the [Banco] Popular, some could have indicated it [to Santander] – Diario 16   Page 1 of 5

# Santander did not set the price for the [Banco] Popular, someone could have indicated it [to Santander]

*During the auction of the night of June 6 to 7, there was more than one offer for Popular, including Santander's, which, as this outlet has discovered, allegedly prepared two envelopes with two prices, one euro and another amount. Which envelope was submitted would depend on the offer made by a different institution. How did Santander know that it would win the auction by submitting the one-euro envelope?*

By *Esteban Cano* –12/28/2017



On the night of June 6 to 7 the JUR [SRB - Single Resolution Board] took over Banco Popular, ruining more than 305,000 families and rescuing Santander. How that situation came to be has already been explained in these pages. Nevertheless, sources consulted by

Diario16 tell us that in the auction, certain actions allegedly took place in order to ensure that only one of the entities interested in obtaining Popular could end up with the country's sixth-largest financial institution.

Diario16 has had access to official documentation demonstrating that, contrary to what Ms. König stated and what different officials from the Ministry of Economy have tried to convey, there was in fact another institution interested in acquiring Popular, specifically, BBVA. The bank led by Francisco González requested more time to examine the information—numbers that Santander already knew, because, as Elke König said, "they already knew what they were buying"—to make an appropriate offer for what they were purchasing and what they were gaining. They were not given this time, which we will analyze more in-depth shortly. The same thing happened with entities like Banco Sabadell or CaixaBank, which withdrew from the process because it was impossible to access all the information needed to make an offer and analyze the benefits that might be obtained from the corporate purchase operation. This was what they communicated to the FROB. It is surprising that the additional time requested by BBVA was denied, and that Santander had been allowed access to said information via the agreement signed by Saracho with [the law firm] Uría y Menéndez since March, before Ángel Ron stepped down from the presidency.

Santander, in principle, did not know how much BBVA would be offering, and for this reason, according to different sources close to the process, prepared two offers to submit to the auction after the takeover by the regulators: one for more than 3 billion euros and one for one euro. The first proposal was justified by the negotiations going on at that point between directors from Santander and senior executives from Popular, a negotiation that was about to be closed that same night for 3.5 billion. The Basque organization submitted an empty envelope because it could not undertake a purchase without knowing the information that Santander had, as was demonstrated the next day early in the morning. Allegedly, someone informed the Cantabrian

Case 1:18-mc-00085-ER   Document 16-54   Filed 03/06/18   Page 5 of 11

Santander did not set the price for the [Banco] Popular, some could have indicated it [to Santander] – Diario 16    Page 3 of 5

institution that the Basque bank was not going to offer anything, and thanks to this alleged but likely correct insider information, Santander submitted the envelope containing the offer of one euro.

Different organizations, businesses, and entities have tried to send the message that "it's just as well Santander appeared." But this was not the case. Deloitte's own report, which looked at three scenarios, from which only the most negative was considered, was a resolution report. Over a month ago Diario16 published the news that the definitive report to be published in mid-January, after the delay announced the week before, would aim first to justify the auditor itself, and second to conform to the claim that Santander was the only institution to submit a viable offer because—according to the version of the story told by everyone involved in the operation—the next morning there was not even enough money to open the branches. This is not true. Emilio Saracho himself admitted in the Board of Directors meeting on June 6 that they had requested an urgent line of liquidity [ELA] of 9.5 billion euros and had only obtained 3.5 [billion]. Nevertheless, the lieutenant governor of the Bank of Spain acknowledged that Popular had not provided sufficient guarantees from what it had available to choose that line of liquidity. The difference of 6 billion would have prevented the takeover, and thus would have given Popular the time it needed to access the capital expansion proposed by both Barclays and Deutsche Bank for a total of 8 billion. These two offers are what set everything in motion. It is important to remember that the offer from Barclays arrived on June 3, and the German bank's offer on Monday the 5th. However, Saracho could not allow this to happen because, in the end, he had never worked for the true owners of the organization, its shareholders—a fact confirmed by the hiring of Santander's usual law firm even before Ángel Ron left the presidency, which he could not do because he did not yet have the authority to hire in Popular's name. Among the reports that that [law] firm began making starting in March, documents to which Diario16 has had access, was a report on the resolution of the institution. We repeat: the month of March 2017. However, Saracho needed a way to

Case 1:18-mc-00085-ER   Document 16-54   Filed 03/06/18   Page 6 of 11

Santander did not set the price for the [Banco] Popular, some could have indicated it [to Santander] – Diario 16        Page 4 of 5

support the declaration of Popular's unviability that he announced on June 6th. So a strategy was used to cause the withdrawal of deposits that would affect liquidity and, moreover, create a snowball effect. We already know that the depositors from public entities and large businesses withdrew assets in the amount of 14 billion euros. However, the fear provoked by the news leaked to the media by the president himself and some of his close team members caused withdrawals by small and medium-sized enterprises and small depositors. All of this occurred in parallel with the upsurge in bearish attacks by Marshall Wace (JP Morgan) and BlackRock, which were not halted by the National Securities Commission, as was its obligation, generating further panic among shareholders.

So it was not Santander who set the price, but rather all the necessary processes occurred so that its offer could be the lowest possible, and would not affect the delicate accounts of the Cantabrian institution. It is important to recall one other piece of information that we published in these pages: on the morning of June 6, Santander announced to the market that it was going to undertake a capital expansion in the amount of 6 billion euros. While the BBVA asked for more time to get access to all the documentation from Popular and analyze it to decide the amount of its offer, Santander had already announced a capital expansion. Bear in mind that the resolution was expected to take effect on Friday or Saturday, and not a Tuesday night.

All of this shows that the entire operation was by design, and was rushed through to keep another bank from taking Santander's lifeline, since without [Banco] Popular, wouldn't we be talking about other things and other possible resolutions right now?

**Esteban Cano**

Writer and Investigative Journalist

# El Santander no puso el precio por el Popular, alguien se lo pudo indicar

*En la subasta de la noche del 6 al 7 de junio hubo más de una oferta por el Popular, incluso el Santander, según ha podido saber este medio, tenía presuntamente preparados dos sobres con dos precios, un euro y otra cantidad. El sobre que se presentara dependería de la oferta que hiciese otra entidad. ¿Cómo supo el Santander que ganaría la subasta presentando el sobre por valor de un euro?*

Por *Esteban Cano* - 28/12/2017



La noche del 6 al 7 de junio la JUR intervino al Banco Popular, arruinó a más de 305.000 familias y rescató al Santander. Cómo se llegó a esa situación ya ha sido expuesto en estas páginas. Sin embargo, fuentes consultadas por

Diario16 nos confirman que en la subasta se produjeron presuntamente ciertos movimientos que tenían como finalidad que sólo una de las entidades interesadas en hacerse con el Popular pudiera quedarse con la sexta entidad financiera del país.

Documentación oficial a la que ha tenido acceso Diario16 demuestra que, al contrario de lo que afirmó la señora König y de lo que han intentado trasladar diferentes dirigentes dependientes del Ministerio de Economía, sí que hubo otra entidad interesada en hacerse con el Popular, en concreto el BBVA. El banco presidido por Francisco González solicitó más tiempo para poder consultar todos los datos —cifras que ya conocía el Santander porque, tal y como dijo Elke König, «ya sabía lo que estaba comprando»— para realizar una oferta que se ajustara a lo que compraba y a lo que le iba a reportar, un tiempo que no se le dio, algo que analizaremos con más profundidad próximamente. Lo mismo ocurrió con entidades como el Banco Sabadell o CaixaBank que se retiraron directamente del proceso por la imposibilidad de acceder a la totalidad de los datos necesarios para poder realizar una oferta y analizar los beneficios que pudieran obtener de la operación corporativa de compra. Así se lo comunicaron al FROB. Sorprende cómo se niega la ampliación de tiempo solicitada por el BBVA y cómo se permitió que el Santander llevara desde el mes de marzo, antes de que Ángel Ron dejara la presidencia, teniendo acceso a dicha información a través del acuerdo firmado por Saracho con Uría y Menéndez.

El Santander, en principio, no sabía cuánto iba a ofrecer el BBVA y, por esta razón, según nos confirman diferentes fuentes cercanas al proceso, preparó dos ofertas para presentar a la subasta posterior a la intervención, una por un valor superior a 3.000 millones de euros y otra por un euro. La primera propuesta estaba justificada por las negociaciones que se estaban llevando a cabo en esos días entre directivos del Santander y altos ejecutivos del Popular, una negociación que esa misma noche estaba a punto de cerrarse por 3.500 millones. La entidad vasca presentó un sobre vacío porque no podía enfrentarse a una operación de compra sin conocer los datos de los que sí disponía el Santander, tal y como se pudo comprobar al día siguiente a primera hora de la mañana. Presuntamente, alguien informó a la entidad

cántabra de que el banco vasco no iba a ofertar nada y, gracias a esta supuesta pero probable información privilegiada, el Santander presentó el sobre con la oferta por un euro.

Desde diferentes organizaciones, empresas y entidades se ha querido transmitir el mensaje de que «menos mal que apareció el Santander». Sin embargo, no fue así. El propio informe de Deloitte que planteaba tres escenarios, y del que sólo se tuvo en cuenta el más negativo, era un informe de resolución. En Diario16 ya publicamos hace más de un mes que el informe definitivo que se publicará a mediados del mes de enero, tras el retraso anunciado la semana pasada, iba a encaminarse, en primer lugar, a justificar a la propia auditora y, en segundo lugar, a adaptarse a la versión de que el Santander fue la única entidad que presentó una oferta viable porque, según la versión de todos los que estaban implicados en la operación, a la mañana siguiente no había dinero siquiera para abrir las sucursales. Esto no es cierto. El propio Emilio Saracho reconoció en la reunión del Consejo de Administración del 6 de junio que se había solicitado una línea urgente de liquidez (ELA) de 9.500 millones de euros y que sólo se habían obtenido 3.500. No obstante, el subgobernador del Banco de España reconoció que el Popular no había aportado garantías suficientes de las que disponía para poder optar a esa línea de liquidez. Esa diferencia de 6.000 millones hubiera evitado la intervención y, por tanto, hubiera dado el tiempo que necesitaba el Popular para poder acceder a la ampliación de capital que habían propuesto tanto Barclays como Deutsche Bank por un valor conjunto de 8.000 millones. Estas dos ofertas son las que provocan todos los movimientos. Hay que recordar que la oferta de Barclays llegó el día 3 de junio y la del banco alemán el lunes 5. En cambio, Saracho no podía permitir que eso ocurriera porque, al fin y al cabo, él no trabajó nunca para los verdaderos dueños de la entidad, sus accionistas, hecho que se puede comprobar en la contratación del bufete de referencia del Santander incluso antes de que Ángel Ron dejara la presidencia, algo que no podía hacer porque aún no tenía poderes para contratar en nombre del Popular. Entre los informes que ese despacho comenzó a realizar desde el mes de marzo, documentación a la que ha tenido acceso Diario16, estaba un informe de resolución de la entidad. Repetimos, mes de marzo de 2.017. No obstante, Saracho necesitaba un punto sobre el

que apoyar la declaración de inviabilidad del Popular que comunicó el día 6 de junio. Por esta razón comenzó una estrategia sobre la que provocar una salida de depósitos que afectaran a la liquidez y que, además, generaran una bola de nieve. Los depositantes de entidades públicas y de grandes empresas ya conocemos en qué cantidades retiraron sus activos: 14.000 millones de euros. Sin embargo, el miedo provocado por las noticias filtradas a medios afines por el propio presidente y una parte de su equipo más cercano hizo que también salieran depósitos de pequeñas y medianas empresas y de pequeños depositantes. Todo ello en paralelo con el recrudecimiento de los ataques bajistas de Marshall Wace (JP Morgan) y de BlackRock que no fueron frenados por la CNMV, como era su obligación, lo que también generó el pánico entre los accionistas.

Por tanto, no fue el Santander quien puso el precio, sino que se dieron todos los procesos necesarios para que la oferta fuera la más baja posible y no afectara a las delicadas cuentas de la entidad cántabra. Hay que recordar otro dato que ya publicamos en estas páginas: en la mañana del mismo día 6 de junio el Santander comunicó al mercado que iba a afrontar una ampliación de capital por valor de 6.000 millones de euros. Mientras el BBVA pedía que se le diera más tiempo para poder acceder a toda la documentación del Popular y analizarla para determinar la cuantía de su oferta, el Santander ya anunciaba su ampliación de capital. Todo ello teniendo en cuenta que se esperaba que la resolución se hiciera efectiva el viernes o el sábado, jamás un martes por la noche.

Todo esto demuestra que toda la operación estaba diseñada y que se tuvo que precipitar para evitar que otro banco se hiciera con la tabla de salvación del Santander porque, sin el Popular, ¿hoy no estaríamos hablando de otra cosa y de otras posibles resoluciones?

Esteban Cano

Escritor y Periodista de investigación