# EXHIBIT 63



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached Relevant Fact Notification to the Spanish National Securities Market Commission, dated June 7, 2017.

Lynda Green, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this __2__ day of __March__, 20__18__.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143

# Popular

Madrid, June 7, 2017

## RELEVANT FACT NOTIFICATION

## TO THE

## SPANISH NATIONAL SECURITIES MARKET COMMISSION

Banco Popular Español, S.A.U. hereby reports that following the acquisition by Banco Santander, S.A. of its entire capital stock, all of the members of the Board of Directors of Banco Popular have resigned today.

Furthermore, the sole shareholder of Banco Popular has set the number of members of the Board of Directors at five (5), and has appointed the following persons as directors: Mr. José Antonio García Cantera, Mr. José Francisco Doncel Razola, and Mr. Francisco Javier García-Carranza Benjumea, with the category of proprietary directors; and Mr. Pedro Pablo Villasante Atienza and Mr. Gonzalo José Alonso Tejuca, with the category of independent directors.

The meeting of the Board of Directors of Banco Popular held thereafter, agreed to appoint Mr. José Antonio García Cantera as Chairman of the Board of Directors.

Sincerely,


Joaquín Hervada Yáñez
Secretary of the Board of Directors

   

bancopopular.es   Banco Popular Español, S.A. Corporate Domicile: Velázquez 34, esq. Goya 35, Madrid. Reg. in Madrid Market: T 174, F 44, H 5458, First National Taxpayer Enrollment A-28000727

Madrid, a 7 de junio de 2017

## COMUNICACIÓN DE HECHO RELEVANTE

## A LA

## COMISION NACIONAL DEL MERCADO DE VALORES

Banco Popular Español, S.A.U. comunica que tras la adquisición por parte de Banco Santander, S.A. de la totalidad de su capital social, en el día de hoy han cesado la totalidad de los miembros del Consejo de Administración de Banco Popular.

Asimismo, el accionista único de Banco Popular ha fijado en cinco (5) el número de miembros del Consejo de Administración y ha nombrado consejeros a don José Antonio García Cantera, don José Francisco Doncel Razola y don Francisco Javier García-Carranza Benjumea, con la categoría de consejeros dominicales; y a don Pedro Pablo Villasante Atienza y a don Gonzalo José Alonso Tejuca, con la categoría de consejeros independientes.

El Consejo de Administración de Banco Popular celebrado a continuación, ha acordado designar a don José Antonio García Cantera, Presidente del Consejo de Administración.

Atentamente,


Joaquín Hervada Yáñez
Secretario del Consejo de Administración





