# EXHIBIT 5



SAN share (Madrid) 5.653 | -0.19% | 18:00

   

About The Group | Financial Services | Sustainability | Press room | Shareholders and Investors | Work with us

**Shareholders and Investors**

You are in Corporate › Shareholders and Investors › The Santander Share › Presence in indexes

# Presence in indexes

   

**The Santander Share**
- Price
- Closing Markets (only in Spanish)
- Weekly Report (only in Spanish)
- Dividends
- Share capital distribution
- Capital transactions
- Coverage
- Presence in indexes
- Policy on communication and contact with shareholders

**Quarterly Results**

**Economic-financial information**

**Corporate Events**

**General Information**

**Corporate governance**

Santander shares are present in 63 market indexes, here are the most relevant:

Go up ^

| Name: | Weight to 24/11/2017 | Geographic Area | Index type |
|---|---|---|---|
| BBG European Financial | 1.24% | Eurozone | Financial |
| BBG WORLD INDEX | 0.22% | Global | General |
| BE500 BNK & FIN SERV IX | 8.29% | Europe | Financial |
| Bloomberg European 500 | 1.24% | Eurozone | General |
| Bloomberg World EMEA | 0.76% | Global | General |
| Bloomberg World | 1.87% | Global | General |
| Dow Jones Global | 1.40% | Global | General |
| Dow Jones Sector Titans Composite | 4.36% | Global | General |

| | | | |
|---|---|---|---|
| Dow Jones Spain Banks Titans 30 | 9.87% | Global | General |
| FTSE EUROTOP 100 | 1.72% | Europe | General |
| FTSE Eurofirst 80 | 3.25% | Europe | General |
| FTSEEUROFIRST 100 | 2.01% | Global | Financial |
| FTSEurofirst 300 | 1.26% | Europe | General |
| IBEX 35 | 17.79% | Europe | General |
| MSCI Euro | 3.28% | Eurozone | General |
| MSCI Pan-Euro | 1.52% | Europe | General |
| WisdomTree Europe Dividend Fund Intraday Indicative Value | 1.73% | Europe | General |

Share in Social Networks    

< Back   Go up ^

Site Map   |   Social media profiles   |   Contact us   |   Visit Santander's Head Office

### Useful links

+ Local banks
+ Consumer finance
+ Private banking
+ Corporate sponsorships
+ Universities and foundations
+ Other sites of interest

### Legal

Legal Notice
Cookie Policy
Accessibility
CFTC Swap Disclosures and Notices
Foreign Exchange Disclosure Notice

### Social Networks

Social media profiles
Rules of use of social networks

Follow us on:

    


© Banco Santander S.A. All rights reserved. Corporate Headquarters: CGS Av. Cantabria s/n 28660 Boadilla del Monte, Madrid (Spain)

MEMBER OF
**Dow Jones
Sustainability Indices**
In Collaboration with RobecoSAM

 

FTSE4Good



SAN share (Madrid) 5.653 | -0.19% | 18:00

   

| About The Group | Financial Services | Sustainability | Press room | Shareholders and Investors | Work with us |

## Shareholders and Investors

You are in Corporate    Shareholders and Investors    The Santander Share    Price

# Price

**The Santander Share**
- Price
- Closing Markets (only in Spanish)
- Weekly Report (only in Spanish)
- Dividends
- Share capital distribution
- Capital transactions
- Coverage
- Presence in indexes
- Policy on communication and contact with shareholders

**Quarterly Results**

**Economic-financial information**

**Corporate Events**

**General Information**

**Corporate governance**

The SAN share is listed as an ordinary share on the Continuous Market in Spain, as well as in Milan, Lisbon, Buenos Aires, Mexico and Warsaw. In New York it is listed as an ADR, in Sao Paulo as a BDR and in London as a CDI.

Check the different SAN share prices in the various markets. The share prices shown have a 15 minute delay.

Select market: Madrid    [Search]



| Volumes | |
|---|---|
| Titles | 34,463,575 |
| Amount | -- |
| Annual Amount | 3,852,004,119 |
| Title Mean (Trimestrial) | 80,391,610 |
| Title Mean (Annual) | 77,956,137 |
| Month Rotation | -- |
| Currency | Euro |



Date: 12/21/17   Price: 5.71

Share in Social Networks:  

< Back

Site Map | Social media profiles | Contact us | Visit Santander's Head Office

**Useful links**

+ Local banks
+ Consumer finance
+ Private banking
+ Asset management
+ Corporate sponsorships
+ Universities and foundations
+ Other sites of interest

**Legal**

Legal Notice
Cookie Policy
Accessibility
CFTC Swap Disclosures and Notices
Foreign Exchange Disclosure Notice

**Social Networks**

Social media profiles
Rules of use of social networks

Follow us on:

    

© Banco Santander S.A. All rights reserved. Corporate Headquarters: CGS Av. Cantabria s/n 28660 Boadilla del Monte, Madrid (Spain)

 

 SAN share (Madrid) 5.653 | -0.19% | 18:00

   

| About The Group | Financial Services | Sustainability | Press room | Shareholders and Investors | Work with us |

**Shareholders and Investors**

You are in Corporate    Shareholders and Investors    The Santander Share    Price

# Price

- **The Santander Share**
  - Price
  - Closing Markets (only in Spanish)
  - Weekly Report (only in Spanish)
  - Dividends
  - Share capital distribution
  - Capital transactions
  - Coverage
  - Presence in indexes
  - Policy on communication and contact with shareholders
- Quarterly Results
- Economic-financial information
- Corporate Events
- General Information
- Corporate governance

The SAN share is listed as an ordinary share on the Continuous Market in Spain, as well as in Milan, Lisbon, Buenos Aires, Mexico and Warsaw. In New York it is listed as an ADR, in Sao Paulo as a BDR and in London as a CDI.

Check the different SAN share prices in the various markets. The share prices shown have a 15 minute delay.

Select market:     

## Share SAN  (Mexico)

Last: **129.500** Trading    Difference: **-0.80** ▼    Trade Time: **21:00**
Mexican Peso                 Difference %: **-0.61** ▼



| Summary | Chart |

**Session chart**

Time: 21:00    Price: 129.500

**Trade**

| 02-22-2018 | Price | dif | dif% |
|---|---|---|---|
| Last | 129.500 | -0.80 | -0.61 |
| Close | 130.300 | 0.00 | 0.00 |
| Opening | 130.250 | -0.75 | -0.58 |
| Max | 130.250 | -0.75 | -0.58 |
| Average | -- | -- | -- |
| Min | 129.500 | 0.00 | 0.00 |
| Last Exercise | 104.000 | 25.50 | 24.52 |
| Max.Annual | 119.000 | 10.50 | 8.82 |
| Min.Annual | 80.690 | 48.81 | 60.49 |

**Volume**                                **Historical chart**




| | |
|---|---|
| **Volumes** | |
| Titles | 421 |
| Amount | -- |
| Annual Amount | 7,258,350 |
| Title Mean (Trimestrial) | 45,653 |
| Title Mean (Annual) | 54,385 |
| Month Rotation | -- |
| Currency | Mexican Peso |

Date: 02/22/18   Price: 129.500

Share in Social Networks:  

< Back

Site Map | Social media profiles | Contact us | Visit Santander's Head Office

**Useful links**

+ Local banks
+ Consumer finance
+ Private banking
+ Asset management
+ Corporate sponsorships
+ Universities and foundations
+ Other sites of interest

**Legal**

Legal Notice
Cookie Policy
Accessibility
CFTC Swap Disclosures and Notices
Foreign Exchange Disclosure Notice

**Social Networks**

Social media profiles
Rules of use of social networks

Follow us on:

    

© Banco Santander S.A. All rights reserved. Corporate Headquarters: CGS Av. Cantabria s/n 28660 Boadilla del Monte, Madrid (Spain)

MEMBER OF
Dow Jones
Sustainability Indices
In Collaboration with RobecoSAM




FTSE4Good



SAN share (Madrid) 5.653 | -0.19% | 18:00

   

| About The Group | Financial Services | Sustainability | Press room | Shareholders and Investors | Work with us |

## Shareholders and Investors

**The Santander Share**
- Price
- Closing Markets (only in Spanish)
- Weekly Report (only in Spanish)
- Dividends
- Share capital distribution
- Capital transactions
- Coverage
- Presence in indexes
- Policy on communication and contact with shareholders

**Quarterly Results**

**Economic-financial information**

**Corporate Events**

**General Information**

**Corporate governance**

You are in Corporate   Shareholders and Investors   The Santander Share   Price

# Price

The SAN share is listed as an ordinary share on the Continuous Market in Spain, as well as in Milan, Lisbon, Buenos Aires, Mexico and Warsaw. In New York it is listed as an ADR, in Sao Paulo as a BDR and in London as a CDI.

Check the different SAN share prices in the various markets. The share prices shown have a 15 minute delay.

Select market: [Milan]  [Search]

## Share SAN  (Milan)

Last:  **5.640**  Closed  Difference: 0.00    Trade Time: **17:30**
Euro                   Difference %: 0.00

Summary | Chart

**Session chart**



5.64

10  11  12  13  14  15  16  17
Time: 17:30      Price: 5.640

**Volume**

**Trade**

| 02-22-2018 | Price € | dif | dif% |
|---|---|---|---|
| Last | 5.640 | 0.00 | 0.00 |
| Close | 5.640 | 0.00 | 0.00 |
| Opening | 5.640 | 0.00 | 0.00 |
| Max | 5.640 | 0.00 | 0.00 |
| Average | -- | -- | -- |
| Min | 5.640 | 0.00 | 0.00 |
| Last Exercise | 5.985 | -0.35 | -5.76 |
| Max.Annual | 6.740 | -1.10 | -16.32 |
| Min.Annual | 4.800 | 0.84 | 17.50 |

**Historical chart**

| Volumes | |
|---|---|
| Titles | 60 |
| Amount | -- |
| Annual Amount | 1,200,402 |
| Title Mean (Trimestrial) | 5,001 |
| Title Mean (Annual) | 6,390 |
| Month Rotation | -- |
| Currency | Euro |



Date: 02/22/18   Price: 5.640

Share in Social Networks:   

< Back

Site Map   |   Social media profiles   |   Contact us   |   Visit Santander's Head Office

### Useful links

+ Local banks
+ Consumer finance
+ Private banking
+ Asset management
+ Corporate sponsorships
+ Universities and foundations
+ Other sites of interest

### Legal

Legal Notice
Cookie Policy
Accessibility
CFTC Swap Disclosures and Notices
Foreign Exchange Disclosure Notice

### Social Networks

Social media profiles
Rules of use of social networks

Follow us on:

    

© Banco Santander S.A. All rights reserved. Corporate Headquarters: CGS Av. Cantabria s/n 28660 Boadilla del Monte, Madrid (Spain)

MEMBER OF
Dow Jones Sustainability Indices
In Collaboration with RobecoSAM

 



SAN share (Madrid)  5.653   | -0.19% | 18:00

  

| About The Group | Financial Services | Sustainability | Press room | Shareholders and Investors | Work with us |

## Shareholders and Investors

- **The Santander Share**
  - Price
  - Closing Markets (only in Spanish)
  - Weekly Report (only in Spanish)
  - Dividends
  - Share capital distribution
  - Capital transactions
  - Coverage
  - Presence in indexes
  - Policy on communication and contact with shareholders
- Quarterly Results
- Economic-financial information
- Corporate Events
- General Information
- Corporate governance

You are in Corporate  >  Shareholders and Investors  >  The Santander Share  >  Price

# Price

The SAN share is listed as an ordinary share on the Continuous Market in Spain, as well as in Milan, Lisbon, Buenos Aires, Mexico and Warsaw. In New York it is listed as an ADR, in Sao Paulo as a BDR and in London as a CDI.

Check the different SAN share prices in the various markets. The share prices shown have a 15 minute delay.

Select market: [New York]  [Search]

### Share SAN  (New York)

Last: **6.955** Trading  Difference: 0.00  Difference %: 0.07   Trade Time: **18:31**
US Dollar



| Summary | Chart |

**Session chart**

Time: 18:37   Price: 6.955

**Trade**

| 02-23-2018 | Price $ | dif | dif% |
|---|---|---|---|
| Last | 6.955 | 0.00 | 0.07 |
| Close | 6.950 | 0.00 | 0.00 |
| Opening | 6.950 | 0.00 | 0.07 |
| Max | 6.980 | -0.03 | -0.36 |
| Average | -- | -- | -- |
| Min | 6.935 | 0.02 | 0.29 |
| Last Exercise | 6.540 | 0.42 | 6.35 |
| Max.Annual | 7.570 | -0.62 | -8.12 |
| Min.Annual | 6.480 | 0.48 | 7.33 |

**Volume**

**Historical chart**

| Volumes | |
|---|---|
| Titles | 16,036,695 |
| Amount | -- |
| Annual Amount | 251,813,569 |
| Title Mean (Trimestrial) | 5,662,080 |
| Title Mean (Annual) | 6,249,751 |
| Month Rotation | -- |
| Currency | US Dollar |



Date: 02/23/18  Price: 6.955

Share in Social Networks:  

< Back

---

Site Map   |   Social media profiles   |   Contact us   |   Visit Santander's Head Office

**Useful links**

+ Local banks
+ Consumer finance
+ Private banking
+ Asset management
+ Corporate sponsorships
+ Universities and foundations
+ Other sites of interest

**Legal**

Legal Notice
Cookie Policy
Accessibility
CFTC Swap Disclosures and Notices
Foreign Exchange Disclosure Notice

**Social Networks**

Social media profiles
Rules of use of social networks

Follow us on:

   


© Banco Santander S.A. All rights reserved. Corporate Headquarters: CGS Av. Cantabria s/n 28660 Boadilla del Monte, Madrid (Spain)

 



SAN share (Madrid) 5.653 | -0.19% | 18:00

   

| About The Group | Financial Services | Sustainability | Press room | Shareholders and Investors | Work with us |

## Shareholders and Investors

**The Santander Share**
- Price
- Closing Markets (only in Spanish)
- Weekly Report (only in Spanish)
- Dividends
- Share capital distribution
- Capital transactions
- Coverage
- Presence in indexes
- Policy on communication and contact with shareholders

**Quarterly Results**

**Economic-financial information**

**Corporate Events**

**General Information**

**Corporate governance**

You are in Corporate › Shareholders and Investors › The Santander Share › Price

# Price

The SAN share is listed as an ordinary share on the Continuous Market in Spain, as well as in Milan, Lisbon, Buenos Aires, Mexico and Warsaw. In New York it is listed as an ADR, in Sao Paulo as a BDR and in London as a CDI.

Check the different SAN share prices in the various markets. The share prices shown have a 15 minute delay.

Select market: [ 12 ]  

## Share SAN  (Lisboa)

Last: **5.639** Euro   Closed   Difference: **-0.04** ▼   Difference %: **-0.72** ▼   Trade Time: **17:14**

### Summary | Chart



| 02-23-2018 | Price € | dif | dif% |
|---|---|---|---|
| Last | 5.639 | -0.04 | -0.72 |
| Close | 5.680 | 0.00 | 0.00 |
| Opening | 5.700 | -0.06 | -1.07 |
| Max | 5.700 | -0.06 | -1.07 |
| Average | -- | -- | -- |
| Min | 5.611 | 0.03 | 0.50 |
| Last Exercise | 5.500 | 0.14 | 2.53 |
| Max.Annual | 6.100 | -0.46 | -7.56 |
| Min.Annual | 5.420 | 0.22 | 4.04 |

Volume

Historical chart



| Volumes | |
|---|---|
| Titles | 36,712 |
| Amount | -- |
| Annual Amount | 1,897,255 |
| Title Mean (Trimestrial) | 47,009 |
| Title Mean (Annual) | 53,805 |
| Month Rotation | -- |
| Currency | Euro |

Date: 02/23/18   Price: 5.639

Share in Social Networks:   

< Back

Site Map  |  Social media profiles  |  Contact us  |  Visit Santander's Head Office

**Useful links**

+ Local banks
+ Consumer finance
+ Private banking
+ Asset management
+ Corporate sponsorships
+ Universities and foundations
+ Other sites of interest

**Legal**

Legal Notice
Cookie Policy
Accessibility
CFTC Swap Disclosures and Notices
Foreign Exchange Disclosure Notice

**Social Networks**

Social media profiles
Rules of use of social networks

Follow us on:

    

© Banco Santander S.A. All rights reserved. Corporate Headquarters: CGS Av. Cantabria s/n 28660 Boadilla del Monte, Madrid (Spain)

 



SAN share (Madrid)  5.653  | -0.19% | 18:00

     Spanish

| About The Group | Financial Services | Sustainability | Press room | Shareholders and Investors | Work with us |

## Shareholders and Investors

**The Santander Share**
- Price
- Closing Markets (only in Spanish)
- Weekly Report (only in Spanish)
- Dividends
- Share capital distribution
- Capital transactions
- Coverage
- Presence in indexes
- Policy on communication and contact with shareholders

**Quarterly Results**

**Economic-financial information**

**Corporate Events**

**General Information**

**Corporate governance**

You are in Corporate > Shareholders and Investors > The Santander Share > Price

# Price

The SAN share is listed as an ordinary share on the Continuous Market in Spain, as well as in Milan, Lisbon, Buenos Aires, Mexico and Warsaw. In New York it is listed as an ADR, in Sao Paulo as a BDR and in London as a CDI.

Check the different SAN share prices in the various markets. The share prices shown have a 15 minute delay.

Select market: 43    [Search]

### Share SAN  (London)

Last: **496** Pence Sterling    Closed    Difference: **-4.45** ▼   Difference %: **-0.89** ▼    Trade Time: **17:35**



Summary | Chart

Session chart

Volume

Trade

| 02-23-2018 | Price | dif | dif% |
|---|---|---|---|
| Last | 496 | -4.45 | -0.89 |
| Close | 500 | 0.00 | 0.00 |
| Opening | 500 | -3.85 | -0.77 |
| Max | 500 | -4.25 | -0.85 |
| Average | -- | -- | -- |
| Min | 494 | 2.25 | 0.46 |
| Last Exercise | 485 | 10.60 | 2.18 |
| Max.Annual | 535 | -38.65 | -7.23 |
| Min.Annual | 477 | 18.70 | 3.92 |

Historical chart

| Volumes | |
|---|---|
| Titles | 200,438 |
| Amount | -- |
| Annual Amount | 13,705,950 |
| Title Mean (Trimestrial) | 676,951 |
| Title Mean (Annual) | 4,129,825 |
| Month Rotation | -- |
| Currency | Pence Sterling |



Date: 02/23/18   Price: 496

Share in Social Networks:   

< Back

Site Map | Social media profiles | Contact us | Visit Santander's Head Office

**Useful links**
+ Local banks
+ Consumer finance
+ Private banking
+ Asset management
+ Corporate sponsorships
+ Universities and foundations
+ Other sites of interest

**Legal**
Legal Notice
Cookie Policy
Accessibility
CFTC Swap Disclosures and Notices
Foreign Exchange Disclosure Notice

**Social Networks**
Social media profiles
Rules of use of social networks

Follow us on:

    

© Banco Santander S.A. All rights reserved. Corporate Headquarters: CGS Av. Cantabria s/n 28660 Boadilla del Monte, Madrid (Spain)







SAN share (Madrid)  5.653  | -0.19% | 18:00

   

| About The Group | Financial Services | Sustainability | Press room | Shareholders and Investors | Work with us |

**Shareholders and Investors**

You are in  Corporate     Shareholders and Investors     The Santander Share     Price

# Price

**The Santander Share**
- Price
- Closing Markets (only in Spanish)
- Weekly Report (only in Spanish)
- Dividends
- Share capital distribution
- Capital transactions
- Coverage
- Presence in indexes
- Policy on communication and contact with shareholders

**Quarterly Results**

**Economic-financial information**

**Corporate Events**

**General Information**

**Corporate governance**

The SAN share is listed as an ordinary share on the Continuous Market in Spain, as well as in Milan, Lisbon, Buenos Aires, Mexico and Warsaw. In New York it is listed as an ADR, in Sao Paulo as a BDR and in London as a CDI.

Check the different SAN share prices in the various markets. The share prices shown have a 15 minute delay.

Select market:  3   

## Share SAN  (Buenos Aires)

Last: **137.000** Trading   Difference: **-3.00** ▼   Trade Time: **18:26**
Difference %: **-2.14** ▼
Argentine Peso

Summary | Chart



| 02-23-2018 | Price | dif | dif% |
|---|---|---|---|
| Last | 137.000 | -3.00 | -2.14 |
| Close | 140.000 | 0.00 | 0.00 |
| Opening | 140.000 | -3.00 | -2.14 |
| Max | 140.000 | -3.00 | -2.14 |
| Average | -- | -- | -- |
| Min | 137.000 | 0.00 | 0.00 |
| Last Exercise | 119.050 | 17.95 | 15.08 |
| Max.Annual | 151.000 | -14.00 | -9.27 |
| Min.Annual | 119.000 | 18.00 | 15.13 |

Volume

Historical chart

| Volumes | |
|---|---|
| Titles | 157 |
| Amount | -- |
| Annual Amount | 626,187 |
| Title Mean (Trimestrial) | 13,370 |
| Title Mean (Annual) | 5,889 |
| Month Rotation | -- |
| Currency | Argentine Peso |



Date: 02/23/18   Price: 137.000

Share in Social Networks:  

< Back

Site Map | Social media profiles | Contact us | Visit Santander's Head Office

### Useful links

+ Local banks
+ Consumer finance
+ Private banking
+ Asset management
+ Corporate sponsorships
+ Universities and foundations
+ Other sites of interest

### Legal

Legal Notice
Cookie Policy
Accessibility
CFTC Swap Disclosures and Notices
Foreign Exchange Disclosure Notice

### Social Networks

Social media profiles
Rules of use of social networks

Follow us on:

    

© Banco Santander S.A. All rights reserved. Corporate Headquarters: CGS Av. Cantabria s/n 28660 Boadilla del Monte, Madrid (Spain)

MEMBER OF
Dow Jones
Sustainability Indices
In Collaboration with RobecoSAM

FTSE4Good

Network Span
WE SUPPORT

 SAN share (Madrid) 5.653 | -0.19% | 18:00

   

| About The Group | Financial Services | Sustainability | Press room | Shareholders and Investors | Work with us |

**Shareholders and Investors**

You are in Corporate › Shareholders and Investors › The Santander Share › Price

# Price

**The Santander Share**
- Price
- Closing Markets (only in Spanish)
- Weekly Report (only in Spanish)
- Dividends
- Share capital distribution
- Capital transactions
- Coverage
- Presence in indexes
- Policy on communication and contact with shareholders

**Quarterly Results**

**Economic-financial information**

**Corporate Events**

**General Information**

**Corporate governance**

The SAN share is listed as an ordinary share on the Continuous Market in Spain, as well as in Milan, Lisbon, Buenos Aires, Mexico and Warsaw. In New York it is listed as an ADR, in Sao Paulo as a BDR and in London as a CDI.

Check the different SAN share prices in the various markets. The share prices shown have a 15 minute delay.

Select market: 3  

## Share SAN (Warsaw)

Last: **23.870** Closed  Difference: 0.00  Trade Time: **09:18**
Zloty                    Difference %: 0.00

Summary | Chart



Session chart

23.87 —

09  10  11  12  13  14  15  16  17

Time: 09:18   Price: 23.870

| Trade | | | |
|---|---|---|---|
| 02-23-2018 | Price | dif | dif% |
| Last | 23.870 | 0.00 | 0.00 |
| Close | 23.870 | 0.00 | 0.00 |
| Opening | 23.870 | 0.00 | 0.00 |
| Max | 23.870 | 0.00 | 0.00 |
| Average | -- | -- | -- |
| Min | 23.870 | 0.00 | 0.00 |
| Last Exercise | 24.010 | -0.14 | -0.58 |
| Max.Annual | 25.500 | -1.63 | -6.39 |
| Min.Annual | 22.700 | 1.17 | 5.15 |

Volume

Historical chart

| Volumes | |
|---|---|
| Titles | 45 |
| Amount | -- |
| Annual Amount | 13,560 |
| Title Mean (Trimestrial) | 395 |
| Title Mean (Annual) | 556 |
| Month Rotation | -- |
| Currency | Zloty |



Date: 02/23/18   Price: 23.870

Share in Social Networks:  

< Back

Site Map  |  Social media profiles  |  Contact us  |  Visit Santander's Head Office

### Useful links

+ Local banks
+ Consumer finance
+ Private banking
+ Asset management
+ Corporate sponsorships
+ Universities and foundations
+ Other sites of interest

### Legal

Legal Notice
Cookie Policy
Accessibility
CFTC Swap Disclosures and Notices
Foreign Exchange Disclosure Notice

### Social Networks

Social media profiles
Rules of use of social networks

Follow us on:

    

© Banco Santander S.A. All rights reserved. Corporate Headquarters: CGS Av. Cantabria s/n 28660 Boadilla del Monte, Madrid (Spain)



