**EXHIBIT 30**



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
)
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached articled, titled "Blackstone, Apollo and Lone Star bid for the toxic assets of Popular," dated July 7, 2017.

Ethan Ly, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this  17  day of  January , 20 18 .

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified In New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

# Expansión

[…]

BANKING

# Blackstone, Apollo and Lone Star bid for the toxic assets of Popular

- Santander seeks partners to offload 30 billion [euros] of real estate inherited from Popular
- This is how Santander plans on clearing its real estate burden



| Photo: J M Cadenas. | EXPANSION

[…]

FOR EXPANSION
Updated: 07/07/2017 12:28 a.m.                          38 comments

[…]

    Santander is seeking 5 billion euros for half of Popular's real estate portfolio, valued at around 30 billion euros.

    Santander is seeking 5 billion euros for a majority stake in 30 billion euros of real estate loans and assets inherited from the purchase of Banco Popular, reports Bloomberg.

[…]

Santander has shortlisted Blackstone Group, Apollo Global Management and Lone Star Funds to submit bids for 51 percent of the assets by the last week of July, according to three sources close to the matter. The bank will keep the remainder and form a joint venture to manage the holdings with the winning bidder.

The successful bidder will also acquire a 51 percent stake in Aliseda, the property management company of Popular that Santander bought from Värde Partners and Kennedy Wilson Holdings last week.

Spokespersons for Santander, Blackstone, Apollo and Lone Star declined to comment.

Santander Chairperson Ana Botín had previously explained that her plan to turn around Popular includes selling at least half of its real estate assets in the next 18 months. Popular's troubles reached a crisis point in June as the scale of its real estate losses scared away would-be buyers and its plunging share price made raising additional capital impossible

## Initial phase

"It's too early to tell whether the bank is asking too much or too little, as we don't yet know which particular assets are going to be rolled into the stake that is being sold," said Fernando Rodríguez de Acuna Rodríguez [sic], general director of the real-estate consultancy firm R.R. de Acuna & Asociados. "Popular has a lot of everything and there is a big difference in values between, say, land, offices and non-performing loans."

Rents in Madrid rose 13 percent in the first quarter compared with the same period last year and are now the highest since 2011, according to broker Savills. Yields are stable, with commercial property investment deals in the city more than doubling in the period to 826 million euros. Spain's housing market will continue to recover this year with values rising on average by 2.5 percent, according to April data from BBVA. The land market is also attracting more interest thanks to a 5.3 percent spike in values in urban areas. Spain's biggest bank paid one euro for Popular in a sale brokered by European regulators after it suffered a run on deposits. Santander said it would raise 7 billion euros in capital and dispose of Popular's non-performing assets over the course of three years. Those include 29.8 billion euros of property assets and unrecoverable real estate loans, according to a presentation on its website.

## Appetite

[…]

As soon as Santander's plans to purge Popular's real estate assets became known, the major investment funds demonstrated their appetite for this endeavor. The teams and structures that were already set up years ago to manage real estate and loans in the Spanish market work in favor of the funds.

Following the resolution of Popular on June 7 and its subsequent purchase by Santander for one euro, the funds anticipate that Popular's damaged asset portfolio will be sold at market price. Santander plans to raise the level of coverage of the bank against real estate risk from 45% to 69%, which would speed up its placement on the market.

The average for the sector is around 52%, so financial sources assure that the bank has room to maneuver to sell some batches at a profit, something unheard of for Spanish banks.

At the same time, Santander is keeping the real estate management initiatives launched during the Emilio Saracho era in place. These initiatives include the sale of the portfolio with almost 500 million euros in real estate assets, known as "Icaria," organized by the consultancy firm Irea.

[…]

# EXPANSIÓN

ORBYT. | Ediciones ▼ | Versión ▼ | f | 🐦 | in | Buscar... | Iniciar sesión

MERCADOS | AHORRO | EMPRESAS | ECONOMÍA | EMPRENDEDORES&EMPLEO | JURÍDICO | TECNOLOGÍA | OPINIÓN | DIRECTIVOS | ECONOMÍA DIGITAL

Empresas ▸ Banca ▸ Energía | Tecnológicas | Construcción e Inmobiliario | Distribución | Transporte | Industria | Motor

BANCA

# Blackstone, Apollo y Lone Star pujan por los activos tóxicos de Popular

- Santander busca socios para dar salida a 30.000 millones inmobiliarios de Popular
- Así limpiará Santander el lastre inmobiliario de Popular



Foto: JMCadenas. | EXPANSION

**ÚLTIMA HORA** — CaixaBank

**22:35** Prisa pacta con los acreedores ampliar el vencimiento de su deuda hasta 2022

**22:07** Wall Street cierra a la baja: el Dow Jones se deja un 0,04%; hasta 25.792 puntos

**21:33** Adif garantiza una inversión superior a 4.000 millones para concluir las obras del AVE a Galicia

POR EXPANSIÓN
Actualizado: 07/07/2017 00:28 horas

38 comentarios

Twitter
0

Santander pide 5.000 millones de euros por la mitad de la cartera inmobiliaria de Popular, valorada en su totalidad en unos 30.000 millones.

Santander pide 5.000 millones de euros por una participación mayoritaria en los 30.000 millones de euros en préstamos inmobiliarios y activos heredados de la compra de Banco Popular, informa Bloomberg.

T

T

Suscríbete

Santander ha seleccionado a Blackstone Group, Apollo Global Management y Lone Star Funds para que presenten ofertas por un 51% de los activos la última semana de julio, según estas informaciones, que citan a tres fuentes cercanas a la operación. El banco se quedará con el resto y creará una empresa conjunta para gestionar los activos con la firma seleccionada.

El ganador de la puja también adquirirá una participación del 51% en Aliseda, la compañía encargada de gestionar los activos inmobiliarios de Popular que Santander compró a Värde Partners y Kennedy Wilson Holdings la semana pasada.

Portavoces de Santander, Blackstone, Apollo y Lone Star no han querido hacer declaraciones.

Ana Botín, presidenta de Santander, había explicado con anterioridad que dentro de su plan para sanear Popular vislumbraba la venta de al menos la mitad de sus activos inmobiliarios en los próximos 18 meses. Los problemas de Popular culminaron en una crisis en junio, ya que la magnitud de sus pérdidas por el ladrillo ahuyentó a los posibles compradores, y el desplome del precio de sus acciones hizo imposible captar más capital.

## Fase inicial

"Es muy pronto para decir si el banco pide mucho o poco, ya que aún desconocemos qué activos concretos van a ser incluidos en la participación que se ofrece", en opinión de Fernando Rodríguez de Acuna Rodríguez, director general de la consultora inmobiliaria R.R. de Acuna & Asociados. "Popular tiene mucho de todo y hay una gran diferencia de valor entre el suelo, las oficinas y los préstamos de dudoso cobro".

Según el bróker Savills, los alquileres en Madrid aumentaron un 13% en el primer trimestre en comparación al mismo periodo del año anterior, alcanzando la cifra más alta desde 2011. Los rendimientos son estables, y los acuerdos de inversión en inmuebles comerciales aumentaron a más de doble en el periodo, a 826 millones de euros. De acuerdo con datos de BBVA en abril, el mercado inmobiliario español seguirá recuperándose este año, y los precios crecerán una media del 2,5%. El mercado del suelo también atrae un mayor interés gracias a que el valor en las zonas urbanas experimentó un repunte del 5,3%. El mayor banco de España pagó un euro por Popular en una venta orquestada por los reguladores europeos debido a la fuerte retirada de depósitos que sufrió la entidad. Santander declaró que recaudará 7.000 millones de euros de capital y que venderá los activos dudosos de Popular en un plazo de tres años. Estos activos engloban bienes inmobiliarios y préstamos incobrables al ladrillo por valor de 29.800 millones de euros, según una presentación en su página de Internet.

## Apetito



**NEWSLETTERS** +

Personaliza la información económica que quieres recibir por secciones.
[Suscríbete]

**LO MÁS LEÍDO**

1. ¿Está usted bien pagado?
2. El bitcoin pierde brillo y se desinfla un 40% desde sus récords
3. El Gobierno propone que se pueda elegir si quiere ampliar a toda la vida laboral el cálculo de la pensión
4. 'La Tagliatella', Panasonic y Mitsubishi también se van de Cataluña
5. El Corte Inglés desembarca en Cuba con su marca blanca

Nada más conocerse los planes de Santander para depurar los activos inmobiliarios de Popular, los grandes fondos de inversión mostraron su apetito por esta operación. A favor de los fondos juegan sus equipos y estructuras ya creadas desde hace años para gestión de inmuebles y créditos en el mercado español.

Tras la resolución de Popular el pasado 7 de junio y posterior compra por parte de Santander por un euro, los fondos consideran que la cartera de activos dañados de Popular se venderá a precios de mercado. Santander prevé elevar el nivel de cobertura del banco al riesgo inmobiliario del 45% al 69%, lo que aceleraría su colocación en el mercado.

La media del sector ronda el 52%, por lo que fuentes financieras aseguran que el banco tiene margen de maniobra para vender algunos lotes con beneficios, algo inaudito para la banca española.

En paralelo, Santander mantiene las iniciativas de gestión inmobiliaria lanzadas durante la etapa de Emilio Saracho. Entre ellas, la venta de la cartera con casi 500 millones de euros en activos inmobiliarios, conocida como Icaria, y que organiza la consultora Irea.

