# EXHIBIT 31



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     ) ss
                     )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached Relevant Fact Notification to the Spanish National Securities Market Commission, dated September 6, 2017.

Lynda Green, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this __2__ day of __March__, 20__18__.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York            Washington, D.C.      Chicago              Houston              San Francisco
t: +1.212.631.7432  t: +1.202.828.1267    t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London              Paris                 Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47  t: +46.8.463.11.87   t: +49.69.7593.8434  t: +852.2159.9143

**Popular**

Madrid, September 6, 2017

## RELEVANT FACT NOTIFICATION

## TO THE

## SPANISH NATIONAL SECURITIES MARKET COMMISSION

Banco Popular Spanish S.A. hereby reports that, at its meeting yesterday, the Board of Directors adopted the following resolutions with respect to the position of certain Portuguese subsidiary companies in the structure of the Santander Group:

i. To authorize the sale to Banco Santander Totta, S.A. of 100% of the shares of BANCO POPULAR PORTUGAL, S.A.

ii. To authorize the sale to Totta Urbe-Empresa de Administração e Construções, S.A. of the assets of the CONSULTEAM - CONSULTORES DE GESTÃO, LDA. Company.

iii. To authorize the sale to Santander Totta, SGPS, S.A. of 84.07% of the capital of EUROVIDA - COMPANHIA DE SEGUROS DE VIDA - S.A.

These are intragroup transactions and thus have no effect on results.

They are also subject to the conditions precedent and the administrative authorizations that are customary in such cases.

# Popular

Madrid, a 6 de septiembre de 2017

## COMUNICACIÓN DE HECHO RELEVANTE

## A LA

## COMISIÓN NACIONAL DEL MERCADO DE VALORES

Banco Popular Español S.A. comunica que, en su reunión de ayer, el Consejo de Administración ha adoptado los siguientes acuerdos respecto de la posición de determinadas sociedades filiales portuguesas en la estructura del Grupo Santander:

i. Autorizar la venta a Banco Santander Totta, S.A. del 100% de las acciones de BANCO POPULAR PORTUGAL, S.A.

ii. Autorizar la venta a Totta Urbe-Empresa de Administração e Construções, S.A. de los activos de la sociedad CONSULTEAM - CONSULTORES DE GESTÃO, LDA.

iii. Autorizar la venta a Santander Totta, SGPS, S.A. del 84,07% del capital de EUROVIDA - COMPANHIA DE SEGUROS DE VIDA - S.A.

Se trata de operaciones intragrupo y, por tanto, sin efecto en resultados.

Asimismo están sujetas a las condiciones suspensivas y las autorizaciones administrativas habituales en estos casos.