# EXHIBIT 33



translations@geotext.com
www.geotext.com

STATE OF NEW YORK     )
                      )
                      )  ss
                      )
COUNTY OF NEW YORK    )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached article entitled "Santander sells U.S. subsidiary of Popular to BCI for 444 million," dated December 1, 2017.

Ken Hetzel, Director of Operations
Geotext Translations, Inc.

Sworn to and subscribed before me this 16th day of January, 2018.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York          Washington, D.C.      Chicago            Houston            San Francisco
t: +1.212.631.7432 t: +1.202.828.1267   t: +1.312.242.3756 t: +1.713.353.3909 t: +1.415.576.9500

London            Paris                 Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434 t: +852.2159.9143

[…]

Santander sells U.S. subsidiary of Popular to BCI for 444 million



Ana Botín, president of Santander | EFE | EFE

BY M. MARTÍNEZ
Updated: 12/01/2017 10:49 a.m.                                                     16 comments

> The divestment of TotalBank will improve Santander's capital by five basis points. For Popular it will mean capital gains of 170 million and an increase in solvency of 60 points.

Santander has closed the first major divestment of Popular assets outside the agreement reached this summer with U.S. fund Blackstone in order to remove the bulk of the real estate risk from its balance sheet. The group has arranged the sale of TotalBank, Popular's U.S. subsidiary, to BCI for USD 528 million (EUR 444 million). The Chilean institution, which began negotiating the purchase of TotalBank during

Emilio Saracho's presidency, continued contact with Santander when it took control of Popular in June, until reaching a final agreement.

The divestment, which is expected to be finalized in the second half of 2018, will improve Santander's high-quality capital by five basis points. The ratio is currently 10.8%. The impact on profits, meanwhile, will be "not material." The sale of TotalBank was already included in the assessment of Popular when the transaction was announced, Santander has indicated. For Popular, and in individual terms, the sale will mean capital gains of 170 million euros and an increase in solvency of 60 basis points.

The operation is part of the global review of all Popular's businesses and partnerships that Santander is performing as it decides on its divestment or permanency in the group. In TotalBank's case, it would have chosen the first option due to the lack of complementarity with the business Santander already has in the United States. Santander Bank, successor of the former Sovereign, has its commercial banking activity headquartered in Boston, while TotalBank is based in Florida, in the southern part of the country.

"We are meeting the objectives we set for ourselves after the acquisition of Popular. We have expanded capital, strengthened the balance sheet, and recovered customer confidence. Although TotalBank is a good bank, it does not fit with our presence in the United States, so we decided to sell it to BCI, a solid organization that we know well," said the president Ana Botín. Three years ago the Chilean group also acquired City National Bank, the former Florida subsidiary of Caja Madrid, which Bankia later sold.

Popular purchased 100% of Total Bank in 2007 for USD 300 million (EUR 220 million at the exchange rate at the time). The entity has USD 3.106 billion in assets (EUR 2.540 billion) and a network of 300 employees and 18 offices.

After the completion of the TotalBank transaction, the market is waiting to learn what plans the group has for WiZink, Popular's credit card business, a strategic segment for Santander. A decision is also expected on the ATM partnership with the French company Crédit Mutuel and partnerships in insurance: Santander has partnered with Aegon and Popular with Allianz. Also the future of the 25% that Popular holds in Mexico's BX+, the group led by Mexican investor and former shareholder of Popular Antonio del Valle, must be clarified.



Empresas > Banca | Energía | Tecnológicas | Construcción e Inmobiliario | Distribución | Transporte | Industria | Motor

**BANCA**

# Santander vende la filial estadounidense de Popular a BCI por 444 millones



Ana Botín, presidenta de Santander. | EFE | EFE

POR M. MARTÍNEZ
Actualizado: 01/12/2017 10:49 horas

16 comentarios

La desinversión de TotalBank mejorará en cinco puntos básicos el capital de Santander. Para Popular supondrá plusvalías de 170 millones y un alza de solvencia de 60 puntos.

Santander cierra la primera gran desinversión de activos de Popular, al margen del acuerdo alcanzado este verano con el fondo estadounidense Blackstone para sacar de balance el grueso de su riesgo inmobiliario. El grupo ha acordado la venta de TotalBank, la filial estadounidense de Popular, a BCI por 528 millones de dólares (444 millones de euros). La entidad chilena, que empezó a negociar la compra de TotalBank durante la

etapa en la presidencia de Emilio Saracho, continuó los contactos con Santander cuando éste tomó el control de Popular en junio, hasta alcanzar el acuerdo final.

La desinversión, que se espera esté cerrada en el segundo semestre de 2018, mejorará en cinco puntos básicos el capital de máxima calidad de Santander. La ratio está actualmente en el 10,8%. El impacto en resultados, por su parte, será "no material". La venta de TotalBank ya estaba incluida en la valoración de Popular cuando se anunció la operación, ha indicado Santander. Para Popular, y en términos individuales, la venta supondrá plusvalías de 170 millones de euros y un alza de su solvencia de 60 puntos básicos.

La operación se enmarca en la revisión global que Santander está realizando de todos los negocios y alianzas de Popular, de cara a decidir su desinversión o su permanencia en el grupo. En el caso de TotalBank se habría optado por la primera opción por la falta de complementariedad con el negocio que Santander tiene ya en EEUU. La actividad de banca comercial de Santander Bank, heredero del antiguo Sovereign, tiene sede en Boston, mientras que TotalBank tiene base en Florida, en la zona sur del país.

"Estamos cumpliendo los objetivos que nos marcamos tras la adquisición de Popular. Hemos ampliado capital, fortalecido el balance y recuperado la confianza de los clientes. Aunque TotalBank es un buen banco, no encaja con nuestra presencia en Estados Unidos por lo que decidimos venderlo a BCI, una entidad sólida que conocemos bien", ha indicado la presidenta, Ana Botín. El grupo chileno también adquirió hace tres años City National Bank, la antigua filial en Florida de Caja Madrid que posteriormente vendió Bankia.

Popular compró el 100% de Total Bank en 2007 por 300 millones de dólares (220 millones de euros al tipo de cambio de entonces). La entidad tiene 3.106 millones de dólares en activos (2.540 millones de euros) y una red de 300 empleados y 18 oficinas.

Tras el cierre de la operación de TotalBank, el mercado está a la espera de conocer los planes que tiene el grupo para WiZink, el negocio de tarjetas de Popular, un segmento de carácter estratégico para Santander. También se prevé una decisión sobre la sociedad de cajeros con el galo Crédit Mutuel y las alianzas en seguros: Santander tiene como socio a Aegon y Popular, a Allianz. Igualmente debe aclararse el futuro del 25% que Popular tiene en el mexicano BX+, el grupo del inversor azteca y antiguo accionista de Popular Antonio del Valle.