# EXHIBIT 34



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
)
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached article titled "Fleeced Banco Popular Investors Ready to File the Largest Lawsuit against Santander for 100M," dated February 27, 2018.

_Lynda Green_, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this _2_ day of _March_, 20_18_.

_[signature]_

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified In New York County
My Commission Expires September 23, 2019

New York t: +1.212.631.7432
London t: +44.20.7553.4100
Washington, D.C. t: +1.202.828.1267
Paris t: +33.1.42.68.51.47
Chicago t: +1.312.242.3756
Stockholm t: +46.8.463.11.87
Houston t: +1.713.353.3909
Frankfurt t: +49.69.7593.8434
San Francisco t: +1.415.576.9500
Hong Kong t: +852.2159.9143



BANCO POPULAR LAWSUITS (HTTP://WWW.VOZPOPULI.COM/TAG/BANCO_POPULAR/)

# Fleeced Banco Popular Investors Ready to File the Largest Lawsuit against Santander for 100M.

Several insurance funds and major investors are united and, in September, will file the largest civil lawsuit against Santander, for 100 million. They are represented by Jausas. Along with other law firms, Jausas will also appeal the decision of the Single Resolution Board, the European Fund for Orderly Bank Restructuring [FROB].



The president of Banco Santander, Ana Patricia Botín EFE



JORGE ZULOAGA

07/21/2017 – 4:00 a.m.

More lawsuits connected with **Banco Popular** are surfacing. A group of **insurance companies** and large investors are preparing claims of more than **100 million** euros against Santander, in what would be the largest civil lawsuit against the bank headed by **Ana Botín**. The others are focusing for now on the European redemption fund (the Single Resolution Board, or SRB (https://srb.europa.eu/), the FROB (http://www.frob.es/es/Paginas/Home.aspx), PwC, and former directors, such as **Ángel Ron.**

These qualified investors, numbering approximately 300, are represented by the Jausas law firm (http://www.jausaslegal.com/). The partner representing them, **Jordi Ruiz de Villa**, explains that he is going to sue for unlawful enrichment, and that he is also going to file an appeal with the SRB in the coming weeks.

The 100 million euros are being claimed by shareholders and bondholders who lost everything with the June 6 resolution (http://www.vozpopuli.com/economia-y-finanzas/banca/Santander-Popular-decision-Frob-eruopeo_0_1033396737.html) The insurance companies are left out of the **solution offered by Banco Santander** and many private banking clients will be subject to a haircut (http://www.cnmv.es/portal/HR/verDoc.axd?t=%7B27be469f-d85d-4ad0-b308-dca5b9e9274a%7D), if they accept it, of 25 percent if they invested between 100,000 and 500,000 euros; 50 percent between 500,000 and one million euros; and 100 percent above that.

Jausas states that they have given Santander time to negotiate, and if there is no response, they will file a claim in mid-September. The appeal against the SRB revisits the issue of why the **Deloitte valuation** report (which had a positive value, as we noted (http://www.vozpopuli.com/economia-y-finanzas/empresas/Deloitte-hizo-valoracion-positiva-Banco-Popular-1500-millones_0_1039997760.html)) has not been made public. According to Ruiz de Villa, "When there is an expropriation a documented explanation must be given regarding what is best for the public interest, and in this case that is being hidden."

## Other lawsuits

This claim for more than 100 million euros is one of the largest lawsuits announced by Popular, although comparisons are complex, because the figures differ from one law firm to another. Some count the investment lost as of the day before the resolution while others go further back. In addition, the law firms are pursuing their cases through different proceedings: criminal, civil and/or administrative.

Leaving these aspects aside, the largest class action suit announced to date is the one led by **Félix Revuelta**, president of Naturhouse, of at least 180 million for 12,000 shareholders, according to *Expansión*. They are represented by Rafael Moreno, of Moreno Olivares (http://www.moreno-olivares.com/).



Antonio Del Valle and Andrónico Luksic, shareholders of Banco Popular

Also moving ahead is the claim handled by **Cremades & Calvo Sotelo**, a law firm representing shareholders with 3–3.5% of the capital stock. The same can be said for the OCU [Organization of Consumers and Users] with more than 10,000 clients, which does not give a breakdown of the money claimed. Their attorney, Eliseo Martínez, is heading up the first private criminal prosecution against the former management of Banco Popular before the Spanish National High Court [*Audiencia Nacional*].

Beyond the lawsuits of private investors, large claims are being made by former shareholders and funds. The largest is that made by the consortium formed by **Pimco** (which will be a heated court battle, as we noted (http://www.vozpopuli.com/economia-y-finanzas/empresas/Pimco-estudia-demandas-Banco-Popular-perdidas-280-millones-rescate-Santander_0_1033998128.html)) together with **Anchorage, Algebris** and **Ronit**, who held 850 million euros in Banco Popular bonds. They are represented by the U.S. law firm Quinn Emanuel (http://www.quinnemanuel.com/).

> **Some of the actions to recover money in Popular will be time-barred within ten months**

Also announcing that they are readying a court battle are the **Del Valle** family of Mexico, who have lost 550 million in Popular, and whose claim is being handled by Ontier (https://es.ontier.net/); the **Shareholders' Syndicate**, which has contracted CMS Albiñana (https://cms.law/es/ESP/), which lost 133 million; and the **Luksic** family of Chile,

2/27/2018 Eleven Popular investors ready to file the largest lawsuit against Santander, for a...

Case 1:18-mc-00085-ER Document 17-34 Filed 03/06/18 Page 6 of 11

which lost 113 million and whose counsel is Roca Junyent (http://www.vozpopuli.com/economia-y-finanzas/empresas/Luksiccontrata-Infanta-Banco-Popular_0_1037897848.html).

Jausas stressed that the time left to claim the money (using the most advantageous actions) is short, with **a limit of one year** to file suit.

2/27/2018 Inversores pillados en Popular ultiman la mayor demanda contra Santander, de 100M.

Case 1:18-mc-00085-ER Document 17-34 Filed 03/06/18 Page 8 of 11

EL VALOR DE SER LIBRES Y FIABLES

DEMANDAS POPULAR (HTTP://WWW.VOZPOPULI.COM/TAG/BANCO_POPULAR/)

# Inversores pillados en Popular ultiman la mayor demanda contra Santander, de 100M.

Varias aseguradoras y grandes patrimonios se unen y presentarán en septiembre la mayor demanda civil dirigida contra Santander, de 100 millones. Les representa Jausas. Como otros bufetes, éste también recurrirá la decisión de la Junta Única de Resolución, el Frob europeo.



La presidenta del Banco Santander, Ana Patricia Botín   EFE



JORGE ZULOAGA

21.07.2017 - 04:00

Más demandas a la vista por **Banco Popular**. Un grupo de **aseguradoras** y grandes patrimonios prepara reclamaciones por valor de más de **100 millones** contra Santander, en la que sería la mayor demanda civil contra la entidad presidida por **Ana Botín**. Las demás están centrándose de momento en el fondo de rescate europeo (la Junta Única de Resolución, o SRB (https://srb.europa.eu/), por sus siglas en inglés), el Frob (http://www.frob.es/es/Paginas/Home.aspx), PwC y exconsejeros, como **Ángel Ron**.

Representa a estos inversores cualificados, unos 300, el despacho Jausas (http://www.jausaslegal.com/). El socio que les representa, **Jordi Ruiz de Villa**, explica que va a ir por la vía del enriquecimiento ilícito, y que también va a presentar un recurso frente a la JUR en las próximas semanas.

Estos 100 millones están repartidos entre accionistas y bonistas que lo perdieron todo en la resolución del pasado 6 de junio (http://www.vozpopuli.com/economia-y-finanzas/banca/Santander-Popular-decision-Frob-eruopeo_0_1033396737.html). Las aseguradoras quedan fuera de la **solución ofrecida por Banco Santander** y muchos clientes de banca privada sufrirían una quita (http://www.cnmv.es/portal/HR/verDoc.axd?t=%7B27be469f-d85d-4ad0-b308-dca5b9e9274a%7D) en caso de aceptarla: del 25% si tenían entre 100.000 y 500.000 euros invertidos; del 50% entre 500.000 y un millón; y del 100% a partir de esa cantidad.

Desde Jausas explican que han dado un tiempo a Santander para negociar, y en caso de que no haya movimientos, reclamarán a mediados de septiembre. En el caso del recurso contra la JUR, ven recorrido porque no se haya hecho público el informe de **valoración de Deloitte** (que tenía una tasación positiva, como adelantó este medio (http://www.vozpopuli.com/economia-y-finanzas/empresas/Deloitte-hizo-valoracion-positiva-Banco-Popular-1500-millones_0_1039997760.html)). "Cuando hay una expropiación hay que explicar con documentos por qué es mejor para el interés público, y en este caso se está ocultando", señala Ruiz de Villa.

## Otras demandas

Estos más de 100 millones suponen una de las mayores demandas anunciadas por Popular, aunque las comparaciones son complejas porque cada bufete da cifras no homogéneas -unos cuentan la inversión perdida desde el día antes de la resolución y otros en momentos previos-; y porque cada despacho está optando por vías legales distintas: penal, civil y/o administrativa.

Dejando estos matices de lado, la mayor demanda colectiva anunciada hasta el momento es la que lidera **Félix Revuelta**, presidente de Naturhouse, con al menos 180 millones de 12.000 accionistas, según *Expansión*. Les representa Rafael Moreno, de Moreno Olivares (http://www.moreno-olivares.com/).



Antonio Del Valle y Andrónico Luksic, accionistas de Banco Popular

En un nivel similar se mueve también la reclamación en la que trabaja **Cremades & Calvo Sotelo**, que representa a accionistas con un 3-3,5%; y la **OCU**, con más de 10.000 clientes, pero que no desglosa el dinero reclamado. Su abogado, Eliseo Martínez, lidera la primera querella contra los antiguos gestores del Popular en la Audiencia Nacional.

Más allá de las demandas de inversores particulares, hay grandes reclamaciones en marcha de antiguos accionistas y fondos. La de mayor envergadura es la del consorcio formado por **Pimco** (que va a dar guerra judicial, como adelantó este medio (http://www.vozpopuli.com/economia-y-finanzas/empresas/Pimco-estudia-demandas-Banco-Popular-perdidas-280-millones-rescate-Santander_0_1033998128.html)) junto a **Anchorage**, **Algebris** y **Ronit**, que tenían 850 millones en bonos de Popular. Están representados por el despacho norteamericano Quinn Emanuel (http://www.quinnemanuel.com/).

### Algunas acciones para recuperar el dinero en Popular prescriben dentro de diez meses

También han anunciado que van dar guerra judicial los mexicanos **Del Valle**, que han perdido 550 millones en Popular y reclaman de la mano de Ontier (https://es.ontier.net/); la **Sindicatura**, que ha contratado a CMS Albiñana (https://cms.law/es/ESP/) y perdió 133 millones; y la familia chilena **Luksic**, que se dejó 113 millones

y se asesora a través de Roca Junyent (http://www.vozpopuli.com/economia-y-finanzas/empresas/Luksic-contrata-Infanta-Banco-Popular_0_1037897848.html).

Desde Jausas hacen hincapié en que los plazos de prescripción son cortos para reclamar el dinero (con las acciones más convenientes en este caso), con un **tope de un año** para demandar.