# EXHIBIT 35



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )  ss
                     )
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached article titled "The Spanish National High Court refuses to freeze the sale of Banco Popular and states that the role of the FROB was 'instrumental'," dated September 29, 2017.

_____
Lynda Green, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this  2  day of  March , 20 18 .

_____

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143



[…]

# The Spanish National Court refuses to freeze the sale of Banco Popular and states that the role of the FROB was "instrumental"

➲ | The order characterizes the FROB's role as "instrumental" and finds that the appellants should sue for redress of the "harm cited" before the European courts of competent jurisdiction

➲ | More than 250 appeals have been brought, including more than 6,000 appellants

EFE                                                     09/29/2017 – 12:28p.m.



A branch of Banco Popular. EFE

The Spanish National Court [*Audiencia Nacional*] denied a motion for a temporary injunction freezing the sale of Banco Popular to Santander when it found that even though the sale is capable of causing "harm that is difficult to repair," the execution of the Bank Restructuring Fund [FROB] "arises" from a

decision adopted by Europe. This motion was introduced in administrative law appeals filed with the court requesting a halt to the process that decided upon the resolution and subsequent sale of Popular to Santander for one euro.

In the order issued today, the Administrative Law division characterized the role of the FROB as "instrumental," and found that the appellants should sue for redress of the "harm cited" before the European courts of competent jurisdiction over the proceedings, which in this case would be the Single Resolution Board (SRB), the European community entity that ruled in favor of the transaction on June 7.

According to the appellate judges, the SRB was the body in charge of assessing both the difficulties being faced by Banco Popular and the need for the injunction to protect the public interest. For those reasons "the injunction sought, even if what were involved were the sale itself, would nullify the SRB's decision and maintain certain circumstances that would make the entity unviable and entail a risk for the public interest."

Nonetheless, the division admits that the execution of the measures proposed by Europe "could generate harm that, though not impossible, would indeed be very difficult to repair," although it understands that this harm is directly attributable to the decision of the SRB, "which is the body that has decided upon the sale." According to information provided by legal sources, as of today more than 250 appeals have been registered, which include more than 6,000 appellants with different profiles, from individuals and legal entities to associations and foundations.

This avenue is being pursued in parallel to the lawsuits filed with the Court of Justice of the European Union. There, more than fifty lawsuits have been filed against the Single Resolution Board, and in some cases also against the European Commission itself for the resolution regarding Banco Popular.

## The SRB says they were "lucky"

The president of the Single Resolution Board (SRB), German economist Elke Koning, said today that the authorities were "very lucky" that Banco Santander had the ability to buy Banco Popular in the framework of its resolution and keep it operating, and she insisted that the transaction was a "success." "Up to a certain point we were very lucky that there was a process underway and that there was someone who was willing and able to acquire the portfolio, moreover with a perfect application of our rules," said Koning at the annual SRB conference held in Brussels.

The president of the SRB, which ordered the Banco Popular resolution after the European Central Bank (ECB) declared Banco Popular unviable or on the way to being so, admitted that the authorities agree that they have to "learn lessons" from this situation, and added, "You ask yourself: what would have happened if you had had to open the bank the next day without a solution?"

Koning has said that in the future she would like to have "more time" to decide on a resolution, not just one night as occurred with Banco Popular. In that regard, French economist Danièle Nouy, president of the Single Supervisory Mechanism (SSM), the institution that forms part of the ECB which determined that the bank was unviable or was on the way to being so, stated "I can't promise that."

"When we reach the point where there is no other solution, where (the banks) will not be capable of paying their commitments when due, then we have to make a decision, and unfortunately, we don't choose the date," said Nouy, whose institution has been criticized for not foreseeing the situation of Banco Popular sufficiently in advance. In order to prevent such hastiness, both Nouy and Koning believe it would be useful to introduce a moratorium at a European level that would allow banking activities to be "frozen" for a short period. Some countries already have such a law.

09/29/2017 – 12:28 pm

  Síguenos:    | Boletines ✉

☰ MENÚ    FOCOS    Igualdad    Catalunya    Vida digital    Vigilancia del poder    Medio ambiente

Inicio (http://www.eldiario.es/) / **Económía** (http://www.eldiario.es/economia/)

# La Audiencia Nacional rechaza suspender la venta de Banco Popular y dice que el papel del FROB fue "instrumental"

- En el auto se califica de "instrumental" el papel del FROB y considera que los "perjuicios invocados" por los recurrentes deben dirigirse a los tribunales europeos con competencia
- Se han registrado más de 250 recursos donde se incluyen a más de 6.000 recurrentes

EFE                                                                                           29/09/2017 - 12:28h



Una sucursal de Banco Popular. EFE

La Audiencia Nacional ha rechazado suspender de forma cautelar la operación de venta del Banco Popular al Santander al estimar que si bien ha podido generar "perjuicios de difícil reparación", la ejecución del Fondo de Reestructuración Bancaria (FROB) "dimana" de una decisión adoptada por

Europa. Esta es una petición que se hace en los recursos contencioso-administrativos presentados ante el tribunal en los que se piden paralizar el proceso por el que se decidió la resolución y posterior venta por un euro de Popular a Santander.

En el auto conocido hoy, la sala de lo Contencioso-Administrativo califica de "instrumental" el papel del FROB y considera que los "perjuicios invocados" por los recurrentes deben dirigirse a los tribunales europeos con competencia sobre las actuaciones, en este caso, de la Junta Única de Resolución (JUR), organismo comunitario que acordó la operación el pasado 7 de junio.

Según los magistrados, fue la JUR la encargada de valorar tanto las dificultades por las que atravesaba el Popular como la necesidad de esa medida para el interés público, razones por las que "la paralización pretendida, incluso si se tratara de la misma venta, dejaría sin efecto la decisión del organismo y mantendría unas circunstancias que ha considerado que hacen inviable la entidad y conllevan un riesgo para el interés público".

No obstante, la sala admite que la ejecución de las medidas propuestas por Europa "puede generar perjuicios si no de imposible, sí de muy difícil reparación", aunque entiende que éstos son imputables directamente a la decisión de la JUR, "que es la que ha decidido la venta". Según han informado fuente jurídicas, a día de hoy se han registrado más de 250 recursos, que incluyen a más de 6.000 recurrentes de diferentes perfiles, desde personas físicas o jurídicas, hasta asociaciones o fundaciones.

Esta vía se desarrolla de forma paralela a las demandas presentadas ante el Tribunal de Justicia de la Unión Europea. Ante este tribunal se han presentado más de medio centenar de demandas que van contra la Junta Única de Resolución, y en algunos casos también contra la propia Comisión Europea, por la resolución de Popular.

## La JUR dice que tuvieron "suerte"

La presidenta de la Junta Única de Resolución (JUR), Elke Koning, ha dicho hoy que las autoridades tuvieron "mucha suerte" de que el Banco Santander pudiese comprar el Banco Popular en el marco de su resolución y mantener su funcionamiento, e insistió en que la operación fue un "logro". "Hasta cierto punto tuvimos mucha suerte de que había un proceso en marcha y de que había alguien que quería y podía adquirir la cartera, además con una perfecta aplicación de nuestras reglas", ha dicho Koning en la conferencia anual de la JUR, que se celebra en Bruselas.

Le presidenta de la institución europea, que ordenó la resolución del Popular después de que el Banco Central Europeo (BCE) lo declarase inviable o en vías de serlo, admitió que las autoridades coinciden en que tienen que "extraer lecciones" de esta situación. "Te preguntas, ¿qué pasa si hubieras tenido que abrir el banco al día siguiente pero no hubieras tenido una solución?", ha apuntado la economista alemana.

Koning ha apuntado que en el futuro le gustaría tener más tiempo para gestionar una resolución, no una sola noche como con el Popular. En este sentido, la presidenta del Mecanismo Único de Supervisión (MUS), Danièle Nouy, la institución que forma parte del BCE y que determinó que el banco era inviable o estaba en camino de serlo, aseguró que "no puedo prometer eso".

"Cuando llegamos al punto en que no hay otra solución, que (los bancos) no serán capaces de pagar sus compromisos cuando deben, entonces tenemos que tomar una decisión, y desafortunadamente no elegimos la fecha", afirmó la economista francesa, cuya institución ha sido criticada por no ver con suficiente antelación la situación del Popular. Para evitar esta precipitación tanto Nouy como Koning consideraron que sería útil introducir a nivel europeo una moratoria, que permita "congelar" las actividades del banco durante un periodo corto, una ley que ya tienen algunos países.

29/09/2017 - 12:28h