# EXHIBIT 36



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )  ss
                     )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached articled, titled "Banco Santander Kicks Off Integration with Popular with the Redesign of Office Signs," dated October 4, 2017.

Ethan Ly, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this _17_ day of _January_, 20_18_.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

[…]

# ABC ECONOMY

[…]

# Banco Santander Kicks Off Integration with Popular with the Redesign of Office Signs

Over the next two weeks, a total of 1,200 offices will be transforming their storefronts



Redesign of one of Banco Popular's offices in Madrid - ABC

[…]

MADRID – **10/04/2017 1:34 p.m.** – Updated: **10/04/2017 8:51 p.m.**

Banco Santander has begun its integration with Banco Popular with the redesign of its office signs, which will incorporate the name and flame of the group led by Ana Botín. Over the next two weeks, Banco Popular's 1,200 offices and those of Banco Pastor will be transforming their storefronts, as Banco Santander released today in a statement.

This integration will entail specific advantages for customers, such as the option of free cash withdrawals at more than 7,500 ATMs, when adding in Santander's network of 5,000.

[…]

The giant led by Ana Botín believes that this reinforces **the message of integration and rolls out the welcome mat for Popular's four million customers**.

Moreover, the start of the image shift will be accompanied by specific perks for Popular customers; in addition to free withdrawals from 7,500 ATMs, there is also the possibility that **individuals and the self-employed may make free transfers in euros** between both entities.

Rami Aboukhair, CEO of Santander España and Popular, has insisted on the group's commitment to carry out an "exemplary integration" to create an entity that brings together the best of both models.

"We are now part of a single team that combines soundness, trust, strength, proximity, and that strives for excellence in customer service," he added.

[…]

Publicidad



ES NOTICIA  Roger Torrent  Puigdemont  óscar Pérez  Tabarnia  OT Gala 11  Novia Albert Rivera  Dolores O'Riordan  Sergi Arola  Instagram  WhatsApp  Belén Esteban

# ABC ECONOMÍA

Buscar en ABC

Acceso / Registro

ESPAÑA  INTERNACIONAL  ECONOMÍA  OPINIÓN  DEPORTES  CONOCER  FAMILIA  MOTOR  GENTE  SUMMUM  CULTURA & OCIO  MADRID  EDICIONES  SERVICIOS  ABCSEVILLA

Declaración Renta 2016   Inmobiliario

ABC  Lee la primera edición de ABC del miércoles 17 de enero en Kiosko y Más

# Banco Santander comienza la integración con el Popular con el rediseño de los rótulos de las oficinas

En las próximas dos semanas, un total de 1.200 oficinas irán transformando sus fachadas



Rediseño de una de las oficinas del Banco Popular en Madrid - ABC

Publicidad

3

ABC

MADRID - 04/10/2017 13:34h - Actualizado: 04/10/2017 20:51h

El Banco Santander ha comenzado la integración con el Popular con el rediseño de los rótulos de las oficinas, que incorporarán el nombre y la llama del grupo dirigido por Ana Botín. En las próximas dos semanas, las 1.200 oficinas de Banco Popular y las del Banco Pastor irán transformando sus fachadas, tal y como ha informado hoy el Banco Santander en un comunicado.

Esta integración conllevará ventajas concretas para los clientes como la posibilidad de retirar efectivo sin coste en más de 7.500 cajeros, al sumar los 5.000 de la red Santander.

LO MÁS LEÍDO EN ABC

Economía | ABC

1  La denominación de origen del queso manchego abre un conflicto entre México y España

2  El Gobierno propone incluir de forma voluntaria

El gigante que preside Ana Botín considera que de este modo se refuerza **el mensaje de integración y se da la bienvenida a los cuatro millones de clientes** de Popular.

El inicio en el cambio de imagen irá acompañado, además, de ventajas concretas para los clientes de Popular, no solo por la retirada de efectivo gratis en 7.500 cajeros, sino también por la posibilidad de que **particulares y autónomos puedan hacer gratis transferencias en euros** entre ambas entidades.

El consejero delegado de Santander España y de Popular, Rami Aboukhair, ha insistido en el compromiso del grupo por llevar a cabo una "integración ejemplar", que dé como resultado una entidad que aúne lo mejor de los modelos.

"Formamos ya parte de un mismo equipo que conjuga solidez, confianza, fortaleza, cercanía y que busca la excelencia en el servicio al cliente", ha añadido.

**TEMAS**


toda la vida laboral en el cálculo de la pensión

3  Panasonic, Mitsubishi Electric, Red Arbor, Worldline y La Tagliatella, las últimas en irse de Cataluña

4  El bitcoin se vuelve a desplomar tras anunciar Corea del Sur que abrirá un debate sobre su prohibición

5  La Fábrica de Camisas, Premio Nacional de Moda 2017