# EXHIBIT 37



translations@geotext.com
www.geotext.com

STATE OF NEW YORK   )
                    )
                    )  ss
                    )
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached articled, titled "The Banco Popular downsizing procedure proposed by Santander will affect 58 centers and branches," dated November 9, 2017.

Ethan Ly, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this __17__ day of __January__, 20__18__.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York              Washington, D.C.        Chicago                 Houston                 San Francisco
t: +1.212.631.7432    t: +1.202.828.1267      t: +1.312.242.3756      t: +1.713.353.3909      t: +1.415.576.9500

London                Paris                   Stockholm               Frankfurt               Hong Kong
t: +44.20.7553.4100   t: +33.1.42.68.51.47    t: +46.8.463.11.87      t: +49.69.7593.8434     t: +852.2159.9143

# El Confidencial

## The Banco Popular downsizing procedure proposed by Santander will affect 58 centers and branches

**The Banco Popular staff layoffs announced by Santander yesterday will not only affect central services in Madrid, but also 57 other centers of the bank throughout Spain**



Banco Popular Office in Madrid (Reuters)

**Author**
Eduardo Segovia
Contact the author
segoviaeduardo
Reading time: 4 minutes

11/9/2017 – 5:00 a.m.

Although Banco Santander stated that the first phase of the Banco Popular restructuring would only affect central services and that the network would be addressed after integration of the technology platforms, yesterday the entity headed by Ana Botín announced to its workers that the layoffs will also affect 57 work centers of the bank acquired in June. These are district and regional offices, many with public service branches, located in all the provinces where Banco Popular had a significant presence.

According to the communiqué issued by Banco Popular management, not all employees at these centers will be let go, but "functional or geographic transfers, as well as other internal flexibility measures," may also be implemented. In other words, some of its employees may be reassigned to other tasks or to other Santander branches. At the meeting held yesterday with the unions, they were informed of the immediate departure of 1,585 individuals, as well as the transfer of another 575, more than 2,100 people in total. Early retirement packages are offered beginning at age 58.

Applying these measures to the staff of these regional offices and branches means that they will be closed. The city with the most centers impacted is Madrid, with 14 (including those at Velázquez 34, and Abelias 1, where central services are provided), followed by Barcelona with five, Valencia with four, Seville with three, and Málaga and A Coruña, both with two. There will also be layoffs and transfers in the following cities: Alicante, Elche, Almería, Oviedo, Burgos, Jerez de la Frontera, Castellón, Córdoba, Girona, Granada, Palma de Mallorca, Santiago de Compostela, Las Palmas, Alcalá de Henares, Alcorcón, Getafe, Marbella, Cartagena, Murcia, Pamplona, Salamanca, Santa Cruz de Tenerife, Reus, Toledo, Valladolid, Bilbao and Zaragoza. This also includes the symbolic Beatriz Building, which is Banco Popular's headquarters and the location of its President's office.

Below is a list of all the Popular banking centers affected by the downsizing procedure:

Branches affected by the downsizing procedure at Banco Popular

| City | Address |
| --- | --- |
| Alicante | Capitán Segarra 15 |
| Elche | Av. Alicante 37 |
| Almería | Av. Granada 131 |
| Oviedo | Av. Quintana esq. Santa Susana 15 |
| Barcelona | Av. Diagonal 311 bis |
| Barcelona | Av. Diagonal 564 |
| Barcelona | Homer 11 |
| Barcelona | Paseo de Gracia 17 |
| Barcelona | Paseo de Gracia 54 |
| Burgos | Av. Cid 57 |
| Jerez de la Frontera | Larga 18 |
| Castellón | Av. Valencia 12 |
| Córdoba | Doctor Barraquer 3 |
| Girona | San Juan Bautista La Salle 27 |
| Granada | Recogidas 37 |
| Palma de Mallorca | Plaza Miguel Dolc 1 |
| A Coruña | Cantón Pequeño 1 |
| A Coruña | Orillamar 71 |
| Santiago de Compostela | Plaza de Vigo 1 |
| Las Palmas de Gran Canaria | Néstor de la Torre 32-34 |
| Alcalá de Henares | Navarro Ledesma 14 |
| Alcorcón | Mayor esq. Valladolid, C.C. Oeste |
| Getafe | Torneros 9 (PG Los Ángeles) |
| Madrid | Abelias 1 |
| Madrid | Av. Alberto Alcocer 18 |
| Madrid | Capitán Haya 7 |
| Madrid | Cedaceros 9 |
| Madrid | Condesa de Venadito 1 |
| Madrid | Embajadores 78 |
| Madrid | Josefa Valcárcel 34-36 |

| City | Address |
|---|---|
| Madrid | Lagasca 144 |
| Madrid | Núñez de Balboa 54 |
| Madrid | Orense 26 |
| Madrid | Ortega y Gasset 29 (Edificio Beatriz) |
| Madrid | Paseo de Recoletos 19 |
| Madrid | Trafalgar 1 |
| Madrid | Velázquez 34 |
| Madrid | Velázquez 64 |
| Málaga | Ayala s/n (conjunto Miramar-Huelin) |
| Málaga | Sebastián Souviron 3 |
| Marbella | Av. Ricardo Soriano 36 |
| Cartagena | Av. Reina Victoria Eugenia 24 |
| Murcia | Floridablanca 20 |
| Pamplona | Av. Zaragoza 34 |
| Salamanca | Bientocadas 2 |
| Santa Cruz de Tenerife | José Hernández Alfonso 26 |
| Seville | Av. Ciudad Jardín 89 |
| Seville | Av. San Jacinto 96 |
| Seville | García de Vinuesa 10 |
| Reus | Teresa Parmiés i Beltrán 1 |
| Toledo | Av. Europa 24 |
| Valencia | Av. Pío XII 4 |
| Valencia | Moratín 17 |
| Valencia | Pascual y Genís 20 |
| Valencia | Po. Alameda 34 |
| Valladolid | Cerrada 1 |
| Bilbao | Alameda de Mazarredo 10 |
| Zaragoza | Alfonso I 12 |

Banco Popular Labor Relations Director Francisco Manuel Crego stated yesterday that the intention of Santander is for the negotiations to be brief and for dismissals to start as soon as possible. As is customary in these processes, the departures will initially be voluntary, but if the number established by Santander is not reached, then the entity will make forced departure decisions. This will also occur if those who sign up do not leave the branches and departments where the bank wants to make cuts.

# El Confidencial

## El ERE del Popular propuesto por el Santander afectará a 58 centros y sucursales

**Los despidos de la plantilla del Popular anunciados ayer por el Santander no afectarán solo a los servicios centrales de Madrid, sino a otros 57 centros del banco por toda España**



Oficina del Banco Popular en Madrid. (Reuters)

**Autor**
Eduardo Segovia
Contacta al autor
segoviaeduardo
Tiempo de lectura 4 min

09.11.2017 – 05:00 H.

Aunque el Banco Santander aseguró que la primera fase de la reestructuración del Banco Popular afectaría solo a los servicios centrales y que la red quedaría para después de la integración de las plataformas tecnológicas, la entidad que preside Ana Botín anunció ayer a los trabajadores que los despidos también afectarán a 57 centros de trabajo del banco adquirido en junio. Se trata de direcciones territoriales y de zona, muchas de ellas con sucursales de atención al público, repartidas por todas las provincias donde tenía una presencia relevante el Popular.

Según la comunicación remitida por la dirección del Popular, no todo el personal de estos centros será despedido, sino que podrán aplicarse también "medidas de movilidad funcional, geográfica y otras medidas de flexibilidad interna". Es decir, que algunos de sus empleados podrán ser destinados a otras tareas o a otras sucursales del Santander. En la reunión mantenida ayer con los sindicatos, se les informó de la salida inmediata de 1.585 personas, más el traslado de otras 575. En total, más de 2.100 personas. Las prejubilaciones se ofrecen a partir de los 58 años de edad.

La aplicación de estas medidas al personal de estas direcciones territoriales y sucursales implica que serán cerradas. La ciudad con un mayor número de centros afectados es Madrid, con 14 (incluyendo los de Velázquez 34, y Abelias, 1, donde se reparten los servicios centrales), seguida por Barcelona, con cinco, Valencia, con cuatro, Sevilla, con tres, y Málaga y A Coruña, ambas con dos. También habrá despidos y traslados en las siguientes poblaciones: Alicante, Elche, Almería, Oviedo, Burgos, Jerez de la Frontera, Castellón, Córdoba, Girona, Granada, Palma de Mallorca, Santiago de Compostela, Las Palmas, Alcalá de Henares, Alcorcón, Getafe, Marbella, Cartagena, Murcia, Pamplona, Salamanca, Santa Cruz de Tenerife, Reus, Toledo, Valladolid, Bilbao y Zaragoza. Asimismo, se incluye el emblemático Edificio Beatriz, sede central del Popular y de su presidencia.

A continuación, figura la lista de todos los centros de trabajo del Popular afectados por el ERE:

Sucursales afectadas por el ERE en Banco Popular

| Ciudad | Dirección |
| --- | --- |
| Alicante | Capitán Segarra 15 |
| Elche | Av. Alicante 37 |
| Almería | Av. Granada 131 |
| Oviedo | Av. Quintana esq. Santa Susana 15 |
| Barcelona | Av. Diagonal 311 bis |
| Barcelona | Av. Diagonal 564 |
| Barcelona | Homer 11 |
| Barcelona | Paseo de Gracia 17 |
| Barcelona | Paseo de Gracia 54 |
| Burgos | Av. Cid 57 |
| Jerez de la Frontera | Larga 18 |
| Castellón | Av. Valencia 12 |
| Córdoba | Doctor Barraquer 3 |
| Girona | San Juan Bautista La Salle 27 |
| Granada | Recogidas 37 |
| Palma de Mallorca | Plaza Miguel Dolc 1 |
| A Coruña | Cantón Pequeño 1 |
| A Coruña | Orillamar 71 |
| Santiago de Compostela | Plaza de Vigo 1 |
| Las Palmas de Gran Canaria | Néstor de la Torre 32-34 |
| Alcalá de Henares | Navarro Ledesma 14 |
| Alcorcón | Mayor esq. Valladolid, C.C. Oeste |
| Getafe | Torneros 9 (PG Los Ángeles) |
| Madrid | Abelias 1 |
| Madrid | Av. Alberto Alcocer 18 |
| Madrid | Capitán Haya 7 |
| Madrid | Cedaceros 9 |
| Madrid | Condesa de Venadito 1 |
| Madrid | Embajadores 78 |
| Madrid | Josefa Valcárcel 34-36 |
| | |

| Ciudad | Dirección |
|---|---|
| Madrid | Lagasca 144 |
| Madrid | Núñez de Balboa 54 |
| Madrid | Orense 26 |
| Madrid | Ortega y Gasset 29 (Edificio Beatriz) |
| Madrid | Paseo de Recoletos 19 |
| Madrid | Trafalgar 1 |
| Madrid | Velázquez 34 |
| Madrid | Velázquez 64 |
| Málaga | Ayala s/n (conjunto Miramar-Huelin) |
| Málaga | Sebastián Souviron 3 |
| Marbella | Av. Ricardo Soriano 36 |
| Cartagena | Av. Reina Victoria Eugenia 24 |
| Murcia | Floridablanca 20 |
| Pamplona | Av. Zaragoza 34 |
| Salamanca | Bientocadas 2 |
| Santa Cruz de Tenerife | José Hernández Alfonso 26 |
| Sevilla | Av. Ciudad Jardín 89 |
| Sevilla | Av. San Jacinto 96 |
| Sevilla | García de Vinuesa 10 |
| Reus | Teresa Parmiés i Beltrán 1 |
| Toledo | Av. Europa 24 |
| Valencia | Av. Pío XII 4 |
| Valencia | Moratín 17 |
| Valencia | Pascual y Genís 20 |
| Valencia | Po. Alameda 34 |
| Valladolid | Cerrada 1 |
| Bilbao | Alameda de Mazarredo 10 |
| Zaragoza | Alfonso I 12 |

Según comunicó ayer el director de relaciones laborales del Popular, Francisco Manuel Crego, la intención del Santander es que las negociaciones sean breves y puedan comenzar las salidas lo antes posible. Como siempre ocurre en estos procesos, las bajas serán inicialmente voluntarias; pero si no se alcanza el número previsto por el Santander, será la entidad la que decida las salidas forzosas. Esto también ocurrirá si los que se apuntan no proceden de las sucursales y departamentos donde quiere recortar el banco.