UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF ANTONIO DEL VALLE RUIZ AND OTHERS FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:18-mc-00085-ER |

### CORPORATE DISCLOSURE STATEMENT OF SANTANDER BANK N.A.

Pursuant to Federal Rule of Civil Procedure 7.1 Santander Bank N.A. certifies that:

1. Santander Bank, N.A. has no shareholders other than Santander Holdings U.S.A., Inc. and Independence Community Bank Corporation, which itself has no shareholders other than Santander Holdings U.S.A., Inc.

2. Santander Holdings U.S.A., Inc. is ultimately a wholly owned subsidiary of Banco Santander, S.A. It is not otherwise affiliated with any other publicly traded company, and no other publicly traded company owns 10% or more of its stock.

3. Banco Santander, S.A. is a publicly traded company and has no parent company. As of December 31, 2017, the only shareholder appearing on Banco Santander, S.A.'s register of shareholders with a stake of 10% or more was State Street Bank & Trust Company, which held approximately 13.32% of the company's common stock. Banco Santander, S.A. believes that those shares are held in custody in the name of third parties. To the best of Banco Santander, S.A.'s knowledge, none of those third parties itself holds a stake of over 3% in the company's shares.

Dated: March 8, 2018

        Respectfully submitted:

/s/ Joseph J. Saltarelli
**HUNTON & WILLIAMS LLP**
Joseph J. Saltarelli
200 Park Avenue
New York, New York 10166
Telephone: (212) 319-1000
Facsimile: (212) 319-1100

Samuel A. Danon (to be admitted *pro hac vice*)
Gustavo J. Membiela (to be admitted *pro hac vice*)
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

*Counsel for Proposed Intervenors*
*Banco Santander S.A., Santander Holdings U.S.A., Inc., and Santander Bank, N.A.*