# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle<br>Chicago, IL 60654 |  |
|---|---|---|
| Javier H. Rubinstein, P.C.<br>To Call Writer Directly:<br>(312) 862-3220<br>javier.rubinstein@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

March 12, 2018

**By ECF**

Hon. Edgardo Ramos
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Application of Antonio del Valle Ruiz, et al.*, No. 18 Misc. 85 (ER)

Dear Judge Ramos:

I write in reference to Respondents' counsel's letter of March 8, 2018 regarding Respondents' Motion to Intervene in this case. Petitioners do not oppose Respondents' Motion to Intervene.

The parties have conferred regarding the briefing schedule on Petitioners' Application and Petition. Subject to the Court's approval, the parties have agreed that Respondents shall have 30 days in which to respond to the Application and Petition, and that Petitioners shall then have 14 days in which to submit their reply. Petitioners respectfully request that the Court enter this agreed briefing schedule.

Sincerely,

Javier H. Rubinstein, P.C.

cc:   All counsel of record, via ECF