# EXHIBIT 6

# 2014
## ANNUAL REPORT

Popular

## ORGANISATIONAL STRUCTURE



Figure 4: Banco Popular Board of Directors – 2014

■ Delegated Committee  ■ Audit Committee  ■ Risk Committee  ■ Appointments Committee  ■ Compensation Committee

Table 1: Management Committee – 2014

| | |
|---|---|
| CEO | **Francisco Gómez** |
| Business and Customers | **José Ramón Alonso** |
| Audit | **Jesús Arellano** |
| Communications, Brand and Corporate Relations | **Carlos Balado** |
| Secretary to Committee | **Susana de Medrano** |
| Investee and JV Management | **Rafael de Mena** |
| Technical General Secretary | **Miguel Ángel Moral** |
| Comptroller's Office | **Javier Moreno** |
| Chairman's Office | **Alberto Muñoz** |
| Retail Banking | **Antonio Pujol** |
| Technical Resources | **Fernando Rodríguez** |
| Risk Management | **José María Sagardoy** |
| Finance Management | **Francisco Sancha** |

Figure 50: Distribution of capital - 2014



- Retail 30.55%
- Institutional 44.89%
- Board of Directors 24.56%

Shareholders that are also Group employees number 10,011, 3.68% of total shareholders, and hold an aggregate stake of 1% in share capital. The Bank's Board of Directors controls 515.9 million shares, 24.56% of the share capital compared with 21.61% in the previous year, including shares owned directly or indirectly by the Directors and those usually represented by them.

The breakdown of the shares controlled by the Board is shown in the following table:

Table 59: Shares controlled by the Board of Directors at the year-end

| DIRECTORS | DIRECT | % | INDIRECT | % | REPRE-SENTED * | % | TOTAL | % |
|---|---|---|---|---|---|---|---|---|
| Aparicio Valls, Francisco | 296,807 | 0.014 | 266,808 | 0.013 | 1,658,754 | 0.079 | 563,615 | 0.027 |
| Arias Mosquera, José María | 156,621 | 0.007 | - | 0.000 | 1,364 | 0.000 | 156,621 | 0.007 |
| Del Valle Ruiz, Antonio | 1,882,805 | 0.090 | - | 0.000 | 86,561,071 | 4.120 | 1,882,805 | 0.090 |
| Fradin, Alain | - | 0.000 | - | 0.000 | 84,579,819 | 4.026 | 2 | 0.000 |
| Fundación Pedro Barrié de la Maza | 55,861,081 | 2.659 | - | 0.000 | - | 0.000 | 55,861,081 | 2.659 |
| Gómez Martín, Francisco | 34,900 | 0.002 | 14,682 | 0.001 | 1,613 | 0.000 | 49,582 | 0.002 |
| Herrando Prat de la Riba, Luis | 3,311 | 0.000 | 30,165 | 0.001 | 118,848 | 0.006 | 33,476 | 0.002 |
| Higuera Montejo, Roberto | 101,138 | 0.005 | - | 0.000 | - | 0.000 | 101,138 | 0.005 |
| Molins López-Rodó, Ana María | 877 | 0.000 | - | 0.000 | - | 0.000 | 877 | 0.000 |
| Oroviogoicoechea Ortega, Jorge | 1,612 | 0.000 | - | 0.000 | - | 0.000 | 1,612 | 0.000 |
| Revoredo Delveccio, Helena Irene | - | 0.000 | 2,310,455 | 0.110 | - | 0.000 | 2,310,455 | 0.110 |
| Ron Güimil, Angel | 76,955 | 0.004 | - | 0.000 | 3,100,402 | 0.148 | 76,955 | 0.004 |
| Sindicatura de Accionistas de BPE | 12,928,329 | 0.615[2] | 193,438,398 | 9.208 | - 0 | 0.000 | 206,366,727[2] | 9.823 |
| Tardío Barutel, Vicente | 14,290 | 0.001 | - | 0.000 | 72,515,501 | 3.452 | 14,290 | 0.001 |
| Unión Europea de Inversiones, S.A. | 63,205,613 | 3.009 | - | 0.000 | - | 0.000 | 63,205,613 | 3.009 |
| Total: (direct and indirect) | 134,564,341 | 6.405[2] | 132,854,895 | 6.324 | 248,537,372 | 11.831 | 267,419,236[2] | 12.730 |
| Voting rights habitually represented[1] | | | | | | | 248,537,372[1] | 11.831[1] |
| **Total shares** | | | | | | | **515,956,608** | **24.560** |

(1) Shares represented: This table does not include a breakdown of the shares habitually represented by the members of the Board of Directors, which account for approximately 11.83% of the share capital. Of that percentage, the following interests are noteworthy: 4.120% of the business group represented by Mr. Antonio del Valle; 4.026% Crédit Mutuel Group, represented by Mr. Alain Fradin; 3.452% of the Allianz group, represented by Mr. Vicente Tardío; the rest, namely the 0.232%, corresponding to the shareholding of various families, represented by several directors.

(2) Indirect stake held by Sindicatura de Accionistas de BPE: The calculation of the indirect interest held by the Sindicatura de Accionistas de BPE includes 63,205,613 syndicated shares owned directly by Unión Europea de Inversiones, S.A. These shares were deducted from the calculation of the total number of shares and the percentage of voting rights controlled by the Board of Directors in order to prevent duplication.

**A.3 Complete the following tables regarding the members of the company's Board of Directors who hold voting rights through shares in the company:**

| Name or company name of director | Number of direct voting rights | Indirect voting rights | | % of total voting rights (*) |
| --- | --- | --- | --- | --- |
| | | Direct owner of the stake | Number of voting rights | |
| Aparicio, Francisco | 296,807 | Fco. Aparicio y Cía | 266,808 | 0.027 |
| Arias, José María | 156,621 | - | 0 | 0.007 |
| Fradin, Alain | 2 | - | 0 | 0.000 |
| Fundación Barrié | 55,861,081 | - | 0 | 2.659 |
| Gómez, Francisco | 34,900 | Spouse or children | 14,682 | 0.002 |
| Herrando, Luis | 3,311 | Spouse or children | 30,165 | 0.002 |
| Higuera, Roberto | 101,138 | - | 0 | 0.005 |
| Molins, Ana María | 877 | - | 0 | 0.000 |
| Oroviogoicoechea, Jorge | 1,612 | - | 0 | 0.000 |
| Revoredo, Helena | 0 | Prosegur | 2,310,455 | 0.110 |
| Ron, Ángel | 76,955 | - | 0 | 0.004 |
| Sindicatura de Accionistas de BPE | 12,928,329 | Plurality of individual investors | (2) 193,438,398 | 9.823 |
| Tardío, Vicente | 14,290 | - | 0 | 0.001 |
| Unión Europea de Inversiones, S.A. | 63,205,613 | - | 0 | 3.009 |
| Valle Ruiz, Antonio del | 1,882,805 | | 0 | 0.090 |
| Total (direct and indirect) | 134,564,341 | | (2) 132,854,895 | (2) 12.730 |
| Voting rights habitually represented (1) | | | | (1) 11.831 |
| Total shares | | | | 24.560 |

(1) Shares represented: This table does not include a breakdown of the shares habitually represented by the members of the Board of Directors, which account for approximately 11.83% of the share capital. Of that percentage, the following interests are noteworthy: 4.120% of the group of Mexican shareholders represented by Mr Antonio del Valle; 4.026% of the Crédit Mutuel Group, represented by Mr Alain Fradin; 3.452% of Allianz group, represented by Mr Vicente Tardío and the remainder, equating to 0.232%, which corresponds to the shareholding of various families, represented by several Directors.

(2) Indirect shareholding in the BPE Shareholder Syndicate: The calculation of the indirect interest held by the BPE Shareholder Syndicate includes 63,205,613 syndicated shares owned directly by Unión Europea de Inversiones, S.A. These shares have been deducted from the calculation of the total number of shares and the percentage of voting rights controlled by the Board of Directors in order to prevent duplication.

**% of Total voting rights held by the board of directors 12.730 (**)**

(**) This percentage does not include the shares habitually represented by Board Members, amounting to approximately 11.831% of the share capital. The total share capital represented by the Board of Directors amounts to 24.560%.

**Complete the following tables regarding the members of the company's Board of Directors who hold rights over the company's shares:**

| Name or company name of director | Number of direct rights | Indirect rights | | Number of equivalent shares | % of total voting rights |
| --- | --- | --- | --- | --- | --- |
| | | Direct owner | Number of voting rights | | |
| | | | | | |

**C.1.9 State whether any Director has left the position before the end of his term of office, whether the Director provided an explanation to the Board and if so by what means, and, in the event this was done in writing to the entire Board, explain at least the reasons he gave:**

YES

| Name of Director | Reason for leaving |
|---|---|
| Allianz, S.E. | Reduction in the size of the Board, to comply with best corporate governance standards. Explained to the Board directly. |
| José Ramón Rodríguez García | Reduction in the size of the Board, to comply with best corporate governance standards. Explained to the Board directly |
| Maianca Inversión, S.L. | Reduction in the size of the Board, to comply with best corporate governance standards. Explained to the Board directly |

**C.1.10 State the powers, if any, delegated to directors:**

| Name or company name of Director | Brief description |
|---|---|
| Ron Güimil, Angel | Broad powers of representation and administration befitting his position as Chairman |
| Gómez Martín, Francisco | Broad powers of representation and administration befitting his position as Chief Executive Officer |

**C.1.11 List the Board members, if any, that are directors or executives of other companies included in the group of the listed company:**

| Name or company name of Director | Name of Group entity | Position |
|---|---|---|
| Arias, José María | Banco Pastor, S.A. | Chairman |
| Aparicio, Francisco | Banco Pastor, S.A.<br>Popular Banca Privada, S.A.<br>Grupo Financiero Bx+, S.A.<br>Banco Bx+, S.A. | Deputy chairman<br>Director<br>Director<br>Director |
| Gómez, Francisco | Allianz Popular, S.A.<br>Targobank, S.A.<br>Grupo Financiero Bx+, S.A.<br>Banco Bx+, S.A. | Director<br>Director<br>Director<br>Director |
| Fradin, Alain | Targobank, S.A. | Chairman |
| Herrando, Luis | Popular Banca Privada, S.A.<br>Aliseda, S.A. | Non-executive chairman<br>Director |
| Higuera, Roberto | Popular de Mediación, S.A.<br>Popular de Factoring, E.F.C., S.A.<br>Bancopopular-e, S.A. | Chairman<br>Chairman<br>Director |
| Tardío, Vicente | Allianz Popular, S.A. | Chairman |
| Del Valle, Antonio | Grupo Financiero Bx+, S.A.<br>Banco Bx+, S.A. | Honorary Chairman<br>Director |

**C.1.12 Indicate any Directors of your company who are members of the Board of Directors of other non-group companies listed on the official stock exchanges in Spain, as reported to the company:**

| Name or company name of Director | Name of listed company | Position |
|---|---|---|
| Molins, Ana María | Cementos Molins, S.A. | Director |
| Revoredo, Helena | Prosegur, S,A.<br>Gestevisión Telecinco<br>Endesa Energia, S.A. | Chairwoman<br>Director<br>Director |
| José Ramón Rodríguez (Representative) | Unión Europea de Inversiones, S.A. | Chairman |