# EXHIBIT 7

# 2015
## ANNUAL REPORT

Popular

## Organisational structure



Figure 4: Banco Popular Board of Directors – 2015

- Ángel Ron, Chairman
- Francisco Gómez, Chief Executive Officer
- Luis Herrando, Vice-chairman, Coordinating Director
- Roberto Higuera, Vice-chairman
- José María Arias, Vice-chairman
- Francisco Aparicio, Secretary - Director
- Banque Fédérative du Crédit Mutuel (Alain Fradin), Director
- Sind. Accionistas BPE (Miguel Ángel Solís), Director
- Vicente Tardío, Director
- Fundación Pedro Barrié de la Maza (Ana José Varela), Director
- Antonio del Valle Ruiz, Director
- Ana María Molins, Director
- Helena Revoredo, Director
- Jorge Oroviogoicoechea, Director

Legend:
- ■ Delegated Committee
- ■ Audit Committee
- ■ Risk Commission
- ■ Appointments, Governance and Corporate Responsibility Committee
- ■ Compensation Committee

Table 1: Management Committee – 2015

| | |
|---|---|
| CEO | Francisco Gómez |
| Business and Customers | José Ramón Alonso |
| Audit | Jesús Arellano |
| Communications, Brand and Corporate Relations | Carlos Balado |
| Secretary to Committee | Susana de Medrano |
| Investee and JV Management | Rafael de Mena |
| Technical General Secretary | Miguel Ángel Moral |
| Comptroller & Accounting Office | Javier Moreno |
| Chairman's Office | Alberto Muñoz |
| Retail Banking | Antonio Pujol |
| Technical Resources | Fernando Rodríguez |
| Risk Management | José María Sagardoy |
| Finance Management | Francisco Sancha |



Figure 49: Distribution of capital - 2015

- Retail: 28.71%
- Institutional: 47.21%
- Board of Directors: 24.08%

Shareholders that are also Group employees number 11,603, 4.30% of total shareholders, and hold an aggregate stake of 1.1% in share capital.

The Bank's Board of Directors controls 521.5 million shares, 24.08% of the share capital, including shares owned directly or indirectly by the Directors and by parties habitually represented by them.

The breakdown of the shares controlled by the Board is shown in the following table:

Table 58: Shares controlled by the Board of Directors at the year-end

| Directors | Direct | % | Indirect | % | Represented[1] | % | Total | % |
|---|---|---|---|---|---|---|---|---|
| Aparicio Valls, Francisco | 299,911 | 0,014 | 283,251 | 0,013 | 1,558,620 | 0,072 | 583,162 | 0,027 |
| Arias Mosquera, José María | 217,281 | 0,010 | - | 0.000 | 994 | 0.000 | 217,281 | 0,010 |
| Del Valle Ruiz, Antonio | 1,903,381 | 0,088 | - | 0.000 | 89,116,127 | 4,116 | 1,903,381 | 0,088 |
| Banque Fédérative du Crédit Mutuel | 85,407,479 | 3,945 | - | 0.000 | - | 0.000 | 85,407,479 | 3,945 |
| Fundación Pedro Barrié de la Maza | 55,861,081 | 2,580 | - | 0.000 | - | 0.000 | 55,861,081 | 2,580 |
| Gómez Martín, Francisco | 48,766 | 0,002 | 14,885 | 0,001 | 2,253 | 0.000 | 63,651 | 0,003 |
| Herrando Prat de la Riba, Luis | 3,311 | 0.000 | 30,529 | 0,001 | 1,491,041 | 0,069 | 33,840 | 0,002 |
| Higuera Montejo, Roberto | 102,517 | 0,005 | - | 0.000 | - | 0.000 | 102,517 | 0,005 |
| Molins López-Rodó, Ana María | 887 | 0.000 | - | 0.000 | 1,147,918 | 0,053 | 887 | 0.000 |
| Oroviogoicoechea Ortega, Jorge | 1,632 | 0.000 | - | 0.000 | - | 0.000 | 1,632 | 0.000 |
| Revoredo Delvecchio, Helena Irene | - | 0.000 | 2,310,455 | 0,107 | - | 0.000 | 2,310,455 | 0,107 |
| Ron Güimil, Angel | 98,090 | 0,005 | - | 0.000 | 3,100,402 | 0,143 | 98,090 | 0,005 |
| Sindicatura de Accionistas de BPE | 13,104,417 | 0,605 | 195,933,691 | 9,050 | - | 0.000 | 209,038,108 | 9,655 |
| Tardío Barutel, Vicente | 14,483 | 0,001 | - | 0.000 | 72,515,501 | 3,349 | 14,483 | 0,001 |
| Total: (direct and indirect) | 157,063,236 | 7,254 | 198,572,811 | 9,172 | 165,832,454 | 7,659 | 355,636,047 | 16,426 |
| Voting rights habitually represented[1] | | | | | | | 165,832,454 | 7,659 |
| Total shares | | | | | | | 521,468,501 | 24,085 |

(1) Shares represented: Shares usually represented by certain members of the Board of Directors amount to 7.659% of share capital, broken down as follows: 4.116% of the group of Mexican shareholders, represented by Mr. Antonio del Valle; 3.349% of the Allianz group, represented by Mr. Vicente Tardío; and 0.194% corresponding to various families represented by several Directors.

**A.3 Complete the following tables regarding the members of the company's Board of Directors who hold voting rights through shares in the company:**

| Name or company name of Director | Number of direct voting rights | Indirect voting rights | | % of total voting rights |
|---|---|---|---|---|
| | | Direct owner of the stake | Number of voting rights | |
| Aparicio, Francisco | 299,911 | Fco. Aparicio y Cía | 283,251 | 0.027 |
| Arias, José María | 217,281 | - | - | 0.010 |
| Banque Fédérative du Crédit Mutuel | 85,407,479 | - | - | 3.945 |
| Fundación Barrié | 55,861,081 | - | - | 2.580 |
| Gómez, Francisco | 48,766 | Spouse or children | 14,885 | 0.003 |
| Herrando, Luis | 3,311 | Spouse or children | 30,529 | 0.002 |
| Higuera, Roberto | 102,517 | - | - | 0.005 |
| Molins, Ana María | 887 | - | - | 0.000 |
| Oroviogoicoechea, Jorge | 1,632 | - | - | 0.000 |
| Revoredo, Helena | 0 | Gubel, S.L. | 2,310,455 | 0.107 |
| Ron, Ángel | 98,090 | - | - | 0.005 |
| Sindicatura de Accionistas de BPE | 13,104,417 | Plurality of individual investors | 195,933,691 | 9.655 |
| Tardío, Vicente | 14,483 | - | - | 0.001 |
| Valle Ruiz, Antonio del | 1,903,381 | - | - | 0.088 |
| Total (direct and indirect) | 157,063,236 | | 198,572,811 | 16.426 |
| Voting rights habitually represented (1) | | | | (1) 7,659 |
| Total shares | | | | 24.085 |

(1) Shares represented: Shares habitually represented by certain Board Members amount to 7.659% of share capital, broken down as follows: 4.116% by the group of Mexican shareholders, represented by Mr. Antonio del Valle; 3.349% by the Allianz group, represented by Mr. Vicente Tardío; and 0.194% corresponding to several families represented by various Board Members.

**% of Total voting rights held by the board of directors 16.426 (**)**

(**) This percentage does not include the shares habitually represented by Board Members, amounting to approximately 7.659% of the share capital. The total share capital represented by the Board of Directors amounts to 24.085%.

**Complete the following tables regarding the members of the company's Board of Directors who hold rights over the company's shares:**

| Name or company name of Director | Number of direct rights | Indirect rights | | Number of equivalent shares | % of total voting rights |
|---|---|---|---|---|---|
| | | Direct owner | Number of voting rights | | |
| | | | | | |