# EXHIBIT 1

| | |
|---|---|
| **From:** | Rubinstein, Javier H. |
| **Sent:** | Tuesday, April 17, 2018 3:10 PM |
| **To:** | Saltarelli, Joe |
| **Cc:** | Schronce, Johnathon; Danon, Sam; Fuhr, Ed; Membiela, Gustavo J.; Hemmingsen, Lucila I. M.; Friedman, Lauren F.; Sanderson, Joseph |
| **Subject:** | In re Application of Antonio del Valle Ruiz, et al., No. 18 Misc. 85 (ER) |
| **Attachments:** | 4-17-18 Letter to J. Saltarelli.PDF |

Joe:

Attached please find a letter of today's date regarding Respondents' submission in the above-referenced matter.  I look forward to receiving your prompt reply given the tight briefing schedule.  Thanks in advance.

Best regards,

Javier

**Javier H Rubinstein**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3220  **M** +1 847 612 4964
**F** +1 312 862 2200

601 Lexington Avenue, New York, NY 10022
**T** +1 212 446.6405  **F** +1 212 446 4900

javier.rubinstein@kirkland.com

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Javier H. Rubinstein, P.C.<br>To Call Writer Directly:<br>(312) 862-3220<br>javier.rubinstein@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br><br>(312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

April 17, 2018

**By E-mail**
Joseph J. Saltarelli
Hunton Andrews Kurth LLP
200 Park Avenue, 52nd Floor
New York, NY 10166-0005
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

    Re:    *In re Application of Antonio del Valle Ruiz, et al.,*
             No. 18 Misc. 85 (ER) (S.D.N.Y)

Dear Joe:

    Respondents' Memorandum in Opposition to Petitioners' 1782 Petition and attached Declarations refer to Banco Santander, S.A.'s ("Santander") and Banco Popular Español, S.A.'s ("Banco Popular") applications to intervene in the proceedings currently pending in the General Court of the European Union. Filing confirmations are also attached as Exhibit 2 to the declaration of Mr. Daniel Sarmiento Ramírez-Escudero and as Exhibit 18 to the declaration of Mr. Juan Manuel Rodríguez Cárcamo. Petitioners were not previously aware of the applications to intervene, as they have not been served with the applications or notified by the Court that they had been filed.

    In order to understand the basis upon which Santander and Banco Popular seek to intervene in the CJEU Litigation, we would appreciate if you could send us full copies of the Santander and Banco Popular applications to intervene. In light of the upcoming deadline for Petitioners to file their reply, I would appreciate if you would provide those applications by Friday, April 20, 2018.

    Thanks in advance.

                                                   Sincerely,

                                                   Javier H. Rubinstein, P.C.

cc:    Counsel of Record