# EXHIBIT 2

| | |
|---|---|
| **From:** | Fuhr, Ed <efuhr@hunton.com> |
| **Sent:** | Thursday, April 19, 2018 3:28 PM |
| **To:** | Rubinstein, Javier H. |
| **Cc:** | Schronce, Johnathon; Danon, Sam; Membiela, Gustavo J.; Hemmingsen, Lucila I. M.; Friedman, Lauren F.; Sanderson, Joseph; Saltarelli, Joe |
| **Subject:** | RE: In re Application of Antonio del Valle Ruiz, et al., No. 18 Misc. 85 (ER) |
| **Attachments:** | DOC003.pdf |

Attached is a letter response.

---

**From:** Rubinstein, Javier H. [mailto:javier.rubinstein@kirkland.com]
**Sent:** Tuesday, April 17, 2018 3:10 PM
**To:** Saltarelli, Joe
**Cc:** Schronce, Johnathon; Danon, Sam; Fuhr, Ed; Membiela, Gustavo J.; Hemmingsen, Lucila I. M.; Friedman, Lauren F.; Sanderson, Joseph
**Subject:** In re Application of Antonio del Valle Ruiz, et al., No. 18 Misc. 85 (ER)

Joe:

Attached please find a letter of today's date regarding Respondents' submission in the above-referenced matter. I look forward to receiving your prompt reply given the tight briefing schedule. Thanks in advance.

Best regards,

Javier

**Javier H Rubinstein**

---

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3220  **M** +1 847 612 4964
**F** +1 312 862 2200

601 Lexington Avenue, New York, NY 10022
**T** +1 212 446.6405  **F** +1 212 446 4900

---

javier.rubinstein@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.



HUNTON ANDREWS KURTH LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131

TEL  305 • 810 • 2500
FAX  305 • 810 • 2460

SAMUEL A. DANON
DIRECT DIAL: 305 • 810 • 2510
EMAIL: sdanon@HuntonAK.com

April 18, 2018

FILE NO: 59498.338

**Via E-Mail**

Javier H. Rubenstein
Kirkland & Ellis LLP
300 North La Salle
Chicago, Illinois 60654

Re:   *In re Application of Antonio Del Valle Ruiz et al*, No. 1:18-mc-00085-ER (S.D.N.Y.)

Dear Javier:

I am writing in response to your letter dated April 17, 2018 concerning our clients' Memorandum in Opposition to the Petitioners' Section 1782 Petition and, specifically, your request that we provide copies of the applications of Banco Santander, S.A. ("Santander") and Banco Popular Español S.A. ("Popular") to intervene in the proceedings currently pending before the General Court of the European Union. We do not believe these applications have any relevance here. The salient fact is that Santander and Popular have moved to intervene. The certifications and receipts provided already establish those facts.

Additionally, pursuant to Article 20, ¶¶ 2–3 of the Statute of the Court of Justice, both Santander and Popular are restricted from disclosing the applications without leave of the General Court. In other words, under EU law, there is a "presumption that disclosure of those pleadings would undermine court proceedings." API/Comission (C‑514/07 P, C‑528/07 P and C‑532/07 P) ¶ 102. With that said, your clients are free to seek leave from the General Court for disclosure of the applications. My client will not oppose such a request.

Very truly yours,

*/s/ Samuel A. Danon/ff*

Samuel A. Danon